## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

### BID PROTEST

| | |
|---|---|
| SCIENCE APPLICATIONS INTERNATIONAL CORPORATION, | ███████████████ |
| **Plaintiff** | **FINAL REDACTED PROTEST** |
| v. | Case No. _____ |
| UNITED STATES OF AMERICA, | |
| **Defendant.** | |

## COMPLAINT

Science Applications International Corporation ("SAIC") states and alleges as follows:

## I.    NATURE OF THE ACTION

1.      This is a post-award bid protest seeking declaratory judgment and permanent injunctive relief against the United States, acting through the Department of Homeland Security Office of the Chief Information Security Officer ("DHS" or the "Agency").[1]

2.      This bid protest challenges DHS's decision to award a blanket purchase agreement ("BPA") to CACI NSS, LLC ("CACI") under Request for Quotation No. 70RTAC25Q00000011 ("RFQ") for Desktop Support Services ("DSS") 3.0.

---

[1] SAIC sent the required pre-filing notice to DOJ and agency counsel on Thursday, October 9, stating SAIC planned to seek immediate injunctive relief if necessary.  SAIC has had preliminary discussions with DOJ regarding a potential voluntary stay, and is hopeful the parties will reach agreement on a stay.  If not, SAIC will promptly file its request for immediate injunctive relief.

3.     SAIC submitted a comprehensive quote that ███████████████████████

███████████████████████. Under the RFQ's stated evaluation criteria, SAIC offered the

best value, but lost the award due to evaluation errors and an irrational best-value determination.

4.     Absent Court intervention, DHS is prepared to ██████████████████████

██████████████████████ Not for any material benefit, but based on ████

██████████████████████ The ████████████████ would not make sense

even if those critiques were valid; but upon inspection, several are simply wrong, making CACI's

███████████████████████

5.     The Agency's decision to award the contract to CACI was arbitrary, capricious, an

abuse of discretion, and violated procurement law.

6.     SAIC respectfully asks this Court to set aside the award to CACI; enjoin

performance of the improperly awarded BPA; and instruct the Agency to make an award to SAIC,

or in the alternative, to reevaluate offerors' quotations in accordance with the RFQ's terms.

**II.    PARTIES**

7.     SAIC is a corporation organized under Delaware law with a principal place of

business located at 12010 Sunset Hills Road, Fl. 4, Reston, Virginia 20190.

8.     Defendant is the United States of America acting through the Department of

Homeland Security, the agency within the United States Government responsible for awarding the

BPA that is the subject of this Complaint.

## III.    JURISDICTION AND STANDING

9.      This is a civil action for declaratory and injunctive relief filed pursuant to the Tucker Act, 28 U.S.C. § 1491(b)(1).  This Court has jurisdiction over bid protests pursuant to 28 U.S.C. § 1491(b)(1), which allows the Court to hear "an action by an interested party objecting to a solicitation by a Federal agency for bids or proposals for a proposed contract or to a proposed award or the award of a contract or any alleged violation of statute or regulation in connection with a procurement or a proposed procurement."

10.     SAIC is an interested party in that it is an actual offeror in response to the RFQ and has a substantial chance of being awarded the BPA.  As such, SAIC's direct economic interests are affected by the Agency's decision not to select SAIC for an award.

## IV.    STATEMENT OF FACTS

### A.    The RFQ

11.     On April 10, 2025, DHS issued RFQ 70RTAC25Q00000011 for DSS 3.0 to all General Service Administration Multiple Award Schedule Information Technology Professional Services (54151S) contract holders.  The RFQ was for a single-award BPA valued at $983 million for desktop and end user services, including but not limited to call center, help desk, end user support, network operations and maintenance, engineering support, and project management support services, and operation and maintenance of the DHS HQ A-LAN.  Ex. 1 at 1.

12.     The BPA period of performance consists of a base period of 12 months with four 12-month option periods.  *Id.* at 20.

13.    The RFQ established a best-value trade-off source selection process conducted in accordance with FAR Pt. 8.4.  Quotations were evaluated based on four factors: (1) Corporate Experience, (2) Management Approach and Key Personnel, (3) Technical Solution, and (4) Price. *Id.* at 14, 18.

14.    The RFQ specified that Corporate Experience was the most important factor for evaluation purposes, followed by Management Approach and Key Personnel and Technical Solution, which were of equal importance.  The RFQ further specified that when combined, factors 1, 2, and 3 were more important than price, but that price might become more important in selecting the successful quoter "as technical quotes become more comparable."  *Id.* at 14.

15.    The RFQ provided that quotes would be evaluated in three phases.  In Phase 1, prospective quoters had to demonstrate that they held an active Top Secret facility security clearance.  Phase 1 was evaluated on a pass/fail basis.  In Phase 2, interested quoters who passed Phase 1 were required to submit a response addressing Factor 1, Corporate Experience.  The RFQ provided for an advisory down-select process based on Corporate Experience to advance three to five quoters to Phase 3.   In Phase 3, invited quoters were required to submit responses addressing the remaining factors: Management Approach and Key Personnel, Technical Solution, and Price. *Id.* at 4-5, 8-12.

16.    The RFQ stated that the Government would evaluate Management Approach based on proposed: (a) methods for measuring, managing, and reporting service level compliance and performance; (b) strategies to reduce costs and improve efficiencies, including implementation of innovations; (c) teaming approach; (d) processes for identifying, escalating, and communicating

4

critical issues and decisions to DHS stakeholders; (e) risk management methodology, including identification, mitigation, and opportunity capture for key risks; (f) plans for transitioning from DSS 2.0 to DSS 3.0; (g) and ability to recruit, hire, retain, and develop qualified staff.  Ex. 1 at 10-11.

17.    The RFQ further stated that the Agency would evaluate Key Personnel based on their "education and professional certifications / credentials" and "experience in similar projects (size, scope, magnitude, duration, and complexity etc.)."  Ex. 1 at 17.

18.    With respect to Price proposals, quoters were required to submit labor rates for each labor category listed in the Government-provided BPA Pricing Template for the base and option periods.  Price was evaluated for reasonableness, realism, and balance between base and option periods.  The RFQ stated that the Agency would evaluate price by adding the total price for all options to the total price for the base period.  *Id.* at 12-14.  Amendment 0001 to the RFQ clarified that price would be evaluated based on the Total Average Labor Rate calculated in cell B87 of the BPA Pricing Template.  Ex. 2 at 1.

19.    The Agency stated it would select the best-suited quoter for award and would communicate only with that quoter, as needed, to resolve any remaining technical or price issues before finalizing the award.  If those issues could not be resolved, the Agency reserved the right to engage the next best-suited quoter.  Ex. 1 at 18.

**B.    SAIC's Submission and Notice of Unsuccessful Quotation**

20.    SAIC timely submitted its responses to Phases 1, 2, and 3 of the RFQ.

21.     On September 25, 2025, the Agency notified SAIC that CACI had been selected for award. Ex. 3 at 1.

22.     In its Brief Explanation of the Basis for Award to SAIC, the Agency explained that it received ▮ complete quotations in response to RFQ Phase 3, and used the following ratings, which were not identified in the RFQ, to evaluate submissions and to determine the quotation that provided the best value to the Government:

| Rating | Definition |
|---|---|
| **High Confidence** | The Government has *high confidence* that the Quoter understands the requirement, proposes a sound approach, and will be successful in performing the contract with little or no Government intervention. |
| **Some Confidence** | The Government has *some confidence* that the Quoter understands the requirement, proposes a sound approach, and will be successful in performing the contract with some Government intervention. |
| **Low Confidence** | The Government has *low confidence* that the Quoter understands the requirement, proposes a sound approach, and will be successful in performing the contract even with Government intervention. |

*Id.* at 2.

23.     The Brief Explanation of the Basis for Award provided the following evaluation summary for SAIC and CACI:



*Id.* at 2.

6

24.    According to the Brief Explanation of the Basis for Award, the Agency ██████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████ *Id.*

25.    In its discussion of Factor 2, Management Approach and Key Personnel, the
Agency stated that it had ████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████ *Id.* at 3-4.

26.    For Factor 4, Price, the Agency determined SAIC's price was ████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

7

██████████████████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████ [2]

27.    ██████████████████████████████████, the Agency concluded that CACI represented the best value to the Government.

<b><u>COUNT I</u></b>

<b>(The Agency Improperly Evaluated</b> ███████████████████████)

28.    SAIC incorporates by reference the allegations set forth above, as if fully set forth herein.

29.    The RFQ provided that quoters must propose and submit a resume for a Program Manager whose qualifications would be evaluated under Factor 2, Management Approach and Key Personnel. Ex. 1 at 7, 11, 50.

30.    The RFQ further provided that the Program Manager's resume must describe the candidate's: (a) education, including colleges and/or technical schools attended (with dates), degree(s) / professional credentials and or certification(s) received, major field(s) of study, and approximate number of total class hours if available; (b) experience, area(s) of work in which qualified, company and title of position, approximate starting and ending dates (month/year), concise descriptions of experience for each position held; and (c) a certification that the information contained in the resume is correct and accurate. *Id.* at 11.

---

[2] ██████████████████████████████████████████
██████████████

███████████████████████████████████████████████
█████████████████████████████████████████████

31.    The DSS 3.0 BPA Statement of Work described the Program Manager's responsibilities as follows:

> Organizes, directs, and manages task order operation support functions, involving multiple complex and inter-related project tasks in both classified and unclassified environments. Manages teams of task order support personnel at multiple locations. Maintains and manages the client interface at the senior levels of the client organization. Meets with customer and Contractor personnel to formulate and review task plans and deliverable items. Ensures conformance with program task schedules and costs. Establishes and maintains technical and financial reports to show progress of projects to management and customers, organizes and delegates responsibilities to subordinates and oversees the successful completion of all assigned tasks. The PM shall be able to read, write, speak and understand English. The PM shall meet DHS security clearance requirements for up to TS/SCI access. The Contractor shall not replace the PM without prior acknowledgement from the CO. The PM shall be available to the Contracting Office Representative (COR) via telephone and or email. The PM shall respond to a request for discussion or resolution of all performance, service, delivery, and technical inquiries or problems within two (2) hours of notification.

Ex. 4 at § 5.1.

32.    ██████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████    ████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████    ████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████    Ex. 5 at § 2.0., 2-16 – 2-17.

33.    Under the RFQ, the Agency was required to evaluate ███████████████

████ based on █ education, professional credentials, and experience with projects of similar size, scope, magnitude, duration, and complexity.  Ex. 1 at 17.  ████████████████

████████████████████████████████████████████

██████████████████████████████████████

34.    In its Brief Explanation of the Basis for Award, the Agency acknowledged that

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████  Ex. 3 at 3-4.

35.    When an agency evaluates technical proposals, it must do so reasonably and in accordance with the terms of the solicitation.  ████████████████████████

████████████████████████████  Rather, the RFQ required the Agency to evaluate

████████████████████ based on, among other things, experience with "similar

projects" in terms of size, scope, magnitude, duration and complexity—████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████

36.    Had the Agency █████████████████████████████

████████████████████████████████████████████

10

██████████████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████████████████████

██████████

37.    In accordance with the RFQ, this ████████████████████████████████

████████████████████████, would require the Agency to select SAIC for award as the quote

representing the best value to the Government.

## COUNT II

**(The Agency's Determination That ███████████████**
**████████████████████████████ Was Unreasonable)**

38.    SAIC incorporates by reference the allegations set forth above, as if fully set forth

herein.

39.    In its Brief Explanation of the Basis for Award, the Agency asserted that it ███

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████    Ex. 3 at 3.

40.    Contrary to the Agency's assertion, ██████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████    Ex. 5 at § 1.0, 2-2.

11

███████████████████████████████████████████████████████
█████████████████████████████████████████████████

41.    For example, ██████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████

42.    SAIC's quote further explained that ████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████

43.    SAIC's quote also noted that it would ███████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████

44.     In addition, under the heading, ████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████

45.     The Agency's conclusion that ████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████

46.     SAIC was prejudiced by the Agency's failure to consider information about ████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████

13

██████████████████████████████████████████████████████
████████████████████████████████████████████████

47.    In accordance with the RFQ, this ██████████████████████ ████████████████████ would require the Agency to select SAIC for award as the quote representing the best value to the Government.

**COUNT III**

**(The Agency's Determination That** ████████████ ███████████████████████████████████████ **as Unreasonable)**

48.    SAIC incorporates by reference the allegations set forth above, as if fully set forth herein.

49.    In its Brief Explanation of the Basis for Award, the Agency asserted that it had

███████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████ Ex. 3 at 3-4.

50.    ██████████████████████████████, required quoters to address various elements, including their ███████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████ Ex. 1 at 10.

51.    In furtherance of this requirement, ███████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████ Ex. 5 at § 1.2.

████████████████████████████████████████████████████
████████████████████████████████████████████████████

52. ███████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████

53.    The Agency's determination was unreasonable. The Agency had no basis for asserting that ████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

54.    Moreover, it was unreasonable for the Agency to conclude that ███████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████

55.    Had the Agency reasonably assessed ████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████

56.    In accordance with the RFQ, ████████████████████████████████████

██████████████████████ would require the Agency to select SAIC for award as the quote representing the best value to the Government.

████████████████████████████████████████████████████████
████████████████████████████████████████████

## COUNT IV

**(The Agency Applied Unstated Evaluation Criteria
When Determining That ███████████████████
███████████████████████████)**

57.    SAIC incorporates by reference the allegations set forth above, as if fully set forth

herein.

58.    In its Brief Explanation of the Basis for Award, the Agency asserted that it had

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████    Ex. 3 at 3-4.

59.    The RFQ sets forth the specific elements that an offeror's management approach

should include.  Ex. 1 at 10-11 (listing seven elements).  Nowhere does the RFQ state that the

Agency would evaluate Factor 2 based on ██████████████████  It was, therefore, arbitrary

and capricious for the Agency to apply this unstated requirement to its evaluation of ████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████

60.    Had the Agency reasonably evaluated ████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

61.    In accordance with the RFQ, ████████████████████████████████ ████████████████████████, would require the Agency to select SAIC for award as the quote representing the best value to the Government.

**COUNT V**

**(The Agency's Determination That** ████████████ **████████████████████████ Was Unreasonable)**

62.    SAIC incorporates by reference the allegations set forth above, as if fully set forth herein.

63.    In its Brief Explanation of the Basis for Award, the Agency asserted that it had

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████ Ex.

3 at 3.

64.    The Agency's characterization is incorrect. ██████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████

65.    ██████████████████████████████████████

████████████████████████████████████████████████

██████████████████████

17

████████████████████████████████████████████████

████████████████████████████████████████████████

66. ██████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████    ██████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

67. ██████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████

68.     In accordance with the RFQ, ███████████████████████

████████████████████████, would require the Agency to select SAIC for award as the quote

representing the best value to the Government.

## COUNT VI

**(The Agency's Evaluation of ███████████████**

███████████████████████████████████████)

69.     SAIC incorporates by reference the allegations set forth above, as if fully set forth

herein.

70.     In its Brief Explanation of the Basis for Award, the Agency asserted that it had

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████ Ex.

3 at 3.

71. ████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████ Ex. 5 at § 3.7.3.

72. ████████████████████████████████

██████████████████████████████████████████

████████████████████████████████ Ex. 3 at

4.

73.     The Agency's evaluation was flawed in two related respects. ████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

19

██████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████

74.    ████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████

75.    In accordance with the RFQ, ████████████████████████████

████████████████████████, would require the Agency to select SAIC for award as the quote

representing the best value to the Government.

## COUNT VII

### (The Agency's Best Value Tradeoff Was Independently
### Flawed and Inconsistent with the RFQ)

76.    SAIC incorporates by reference the allegations set forth above, as if fully set forth

herein.

77.    The RFQ stated that the Agency would award a BPA to the offeror whose quote is

determined to be the most advantageous to the Government and represent the best value as defined

by FAR 2.101. Ex. 1 at 18.

78.    ████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████ [3] ████████████████████

██████

79.    Even if the rest of the Agency's evaluation had been correct, ██████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████

80.    SAIC was prejudiced by the Agency's flawed best value tradeoff.  But for the

Agency's error, SAIC would have been awarded the BPA.

## COUNT VIII

### (The Agency's Best Value Tradeoff Was Flawed
### And Inconsistent with the RFQ)

81.    SAIC incorporates by reference the allegations set forth above, as if fully set forth

herein.

82.    As alleged above, the Agency's evaluation of ████████████████████

████████████████████████, was unreasonable and arbitrary and capricious.

83.    The Agency's arbitrary evaluation of ████████████████████████████

████████████████ necessarily renders the Agency's best-value tradeoff unreasonable,

since that tradeoff is based on this irrational underlying rating.

---

[3] *See supra*, note 2.

███████████████████████████████████████████████████
████████████████████████████████████████████

84. ███████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████

85. ███████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

████

86.    Under the RFQ's evaluation scheme, █████████████████████

██████████████████████████████████████, and price was

evaluated on the Total Average Labor Rate reflected in the BPA Pricing Template. ███████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████

22

█████████████████████████████████████████

███████████████████████████████████

87.     In short, a reasonable evaluation of ██████ would have made the quotations

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████ The Agency's failure to do so is inconsistent with the

RFQ's best value framework and arbitrary.

88.     SAIC was prejudiced by the Agency's evaluation errors. But for the Agency's

foregoing errors, SAIC would have been awarded the BPA.

**COUNT IX**

**(The Conditions for Injunctive Relief Are Present)**

89.     SAIC incorporates by reference the allegations set forth above, as if fully set forth

herein.

90.     The Court should enjoin the Agency from proceeding with performance under the

awarded BPA. SAIC satisfies the four factors necessary for injunctive relief.

91.     First, as addressed herein, SAIC succeeds on the merits.

92.     Second, SAIC will be irreparably harmed if the requested injunction is not granted

because it has no adequate remedy in the absence of an injunction. SAIC would lose the

opportunity to fairly compete for this procurement.

93.     Third, the balance of hardships favors injunctive relief. To the extent the Agency

suffers delay or financial consequences from an injunction, these consequences are minimal and

of its own making, and do not outweigh SAIC's interest in being able to fairly compete for this

procurement.

████████████████████████████████████████████████

████████████████████████████████████████

94.     Fourth, the public interest weighs in favor of an injunction.  The public interest lies in preserving the integrity of competitive procurements.

## **PRAYER FOR RELIEF**

SAIC respectfully requests that this Court:

A.      Declare that the Agency's evaluation and award decision were arbitrary, capricious, an abuse of discretion, and otherwise not in accordance with law;

B.      Permanently enjoin performance of the awarded contract;

C.      Direct the Agency to make an award to SAIC, or in the alternative, to reevaluate SAIC's proposal in accordance with the RFQ's terms and make a new award decision;

D.      Grant such other relief as the Court deems just and proper.

Dated: October 15, 2025                     Respectfully submitted,

                                            /s/ *Luke W. Meier*

                                            BLANK ROME LLP

                                            Luke W. Meier
                                            1825 Eye STREET, NW
                                            Washington, DC 20006
                                            Telephone: 202-420-2218
                                            E-Mail:  luke.meier@blankrome.com
                                            *Counsel of Record for Science Applications*
                                            *International Corporation*

Of Counsel:

Robyn Burrows
robyn.burrows@blankrome.com

**Exhibit 1**

**Request for Quotation (RFQ)**

**No. 70RTAC25Q00000011**

*for*

**The Department of Homeland Security (DHS) Headquarters
Office of the Chief Information Officer (OCIO)**

**Desktop Support Services 3.0**



**Office of Procurement Operations (OPO)
Information Technology Acquisition Center (ITAC)**

April 10, 2025

**To:**        Prospective Quoters on GSA MAS IT 54151S

**From:**     Office of Procurement Operations, Department of Homeland Security (DHS) Headquarters

**Subject:**   Request for Quotation (RFQ) 70RTAC25Q00000011 for Desktop Support Services (DSS) 3.0

The Office of Procurement Operations (OPO) is issuing this competitive request for quotation (RFQ) No. 70RTAC25Q00000011 to General Service Administration (GSA) Multiple Award Schedule (MAS) Information Technology (IT) Professional Services (54151S) holders for the purpose of entering into a Blanket Purchase Agreement under the MAS IT Contract. The primary North American Industry Classification System (NAICS) for this requirement is, IT Professional Services 541519.

This acquisition is being conducted in accordance with the Federal Acquisition Regulation (FAR) Subpart 8.4, the DHS acquisition policy/manual/guidelines, and this RFQ terms and conditions.

This RFQ is issued in support of the DHS-Headquarters (HQ) and Management Directorate organizations requirements for DSS 3.0. DHS seeks to establish a single-award blanket purchase agreement (BPA) for the DSS 3.0 which will provide complex integrated commercial Information Technology (IT) solutions to manage a broad range of desktop and end user services. The DSS 3.0 scope will include, but not be limited to: call/contact center services, help desk services, service desk support services, end-user support services, network operations and maintenance support services, operation and maintenance of the DHS HQ A-LAN, engineering support services, project management services, and other requirements outlined in the Blanket Purchase Agreement (BPA) Statement of Work (SOW). The resulting BPA award will allow for firm–fixed-price (FFP), time and materials (T&M), labor hour (LH), and a hybrid of FFP and T&M/LH orders.

A Multi-Step Advisory Down-Select using a three-phase evaluation strategy will be utilized for this procurement.

**Phase 1. Facility Clearance**

**Phase 2.** Interested firms are required to submit a Phase 2 response that focuses on **Corporate Experience.**

**Phase 3** responses will consist of a Technical Quotation (Volume 1 and 2) and a separate Price Quotation (Volume 3) submission. The quotations will be provided to Government officials for the purposes of assuring that the prospective contractor has a complete understanding of the scope of this effort and has the capability to complete all required tasks of the SOW. A pricing response must be provided in accordance with the BPA Pricing Template - Schedule of Prices (Attachment

4). <u>Any quotation that is non-compliant with any requested submission requirement of this RFQ may be immediately removed from further consideration.</u>

It is the Government's intent to award a Blanket Purchase Agreement to the responsible quoter whose quote, in conforming to the RFQ, provides the overall best value to the Government considering technical evaluation factors and price. The DHS may conduct vendor selection utilizing a trade-off approach to achieve the best value to the Government.

Prospective quoters will propose the requested labor categories listed within the schedule of prices (to be used for evaluation purposes).

The Government reserves the right to cancel this solicitation without award if the needs of the requirement are not met. This RFQ does not commit the Government to pay for the preparation and submission of a quotation.

This RFQ consists of three sections: I. Instructions for Submission of Quotation; II. Evaluation and III. BPA Terms and Conditions.

If your firm is interested in this acquisition, you may participate by submitting your response in accordance with the following instructions.

Sincerely,


Gregory Ruderman
OPO/ITAC Contracting Officer

Attachments:
1. DSS 3.0 BPA SOW - Attachment 1
2. Quoter Certification - Attachment 2
3. DSS 3.0 Technical Solution Scenario Questions - Attachment 3
4. BPA Pricing Template - Schedule of Prices (Excel Spreadsheet) - Attachment 4

Request for Quotation for **70RTAC25Q00000011** - Desktop Support Services 3.0

## I.    INSTRUCTIONS FOR SUBMISSION OF QUOTATION

### 1.0 Compliance to the RFQ Requirements

The quoter shall examine and follow all RFQ instructions.  Failure to comply with the instructions contained herein in any way may result in a determination that the quote is non-compliant. Any quotation that is non-compliant with any requested submission requirements of this RFQ may immediately be removed from further consideration and will not be further evaluated by the Government.  This RFQ does not commit the Government to pay any costs for the preparation and submission of a quote in response to this RFQ.  The contracting officer (CO) is the only individual who can legally commit the Government to the expenditure of public funds in connection with this procurement.

### 2.0 Planned RFQ Timeline

The table below provides planned dates for key events.  These dates are subject to change.

| Event | Date |
|---|---|
| Issue Final RFQ | 04/10/2025 |
| **Phase 1** Submission Due - Pass / Fail Down Select | 04/21/2025 |
| Notification to succeessful Phase 1 Vendors | 04/24/2025 |
| **Phase 2** Submission Due – Advisory Down Select | 05/05/2025 |
| Invitations to Vendors selected to Continue to Phase 3 | 05/26/2025 |
| **Phase 3** Submission Due | 06/18/2025 |
| Phase 3 Vendor Questions Due for final RFQ | 06/02/2025 |
| Phase 3 Government Response to final RFQ Questions | TBD |
| Award (tentative) | 07/31/2025 |

### 3.0 Quote Submission Requirements

Quote submission shall be in accordance with the below listed multi-step down-select process, utilizing 3 phase evaluation process as described below. Phase 1 consists of Proof of a Cleared Facility which will be evaluated on a Pass/Fail basis.  Phase 2 is the Corporate Experience submission with an Advisory Down Select.  Phase 3 will consist of the submission of Management Approach and Key Personnel along with Responses to Scenario Questions.

All prospective quoters must participate in the Phase 1 to be considered for evaluation and to be eligible for invitation to participate in Phase 2 and must participate in Phase 2 to be eligible to participate in Phase 3.

**Phase 1.** Interested quoters are required to submit a Phase 1 response consisting of a recent copy of their firm's Defense Counterintelligence Security Agency (DCSA) National Industrial Security System (NISS) Report.

**Phase 2.** Interested quoters are required to submit a Phase 2 response that focuses on **Corporate Experience**.

**Phase 3.** Invited quoters will submit a Phase 3 response. The Government anticipates inviting 3 to 5 quoters into Phase 3 and use a trade-off process to determine the best value quote, as needed.

**The quoter shall submit signed and dated quotation volumes via GSA eBuy by the below deadlines (All times will be 11:00AM Eastern):**

| | |
|---|---|
| RFQ Issue Date | 04/10/2025 |
| Submission for Phase 1 | 04/21/2025 |
| Invitation into Phase 2 | 04/24/2025 |
| Submission for Phase 2 | 05/05/2025 |
| Invitation into Phase 3 | 05/26/2025 |
| Submission for Phase 3 | 06/18/2025 |

The Government reserves the right to reject any quote that is not received by DHS within the due date/time, and/or any quote that is not submitted in its entirety, or if the quote is submitted in a method other than by GSA eBuy submission as instructed above.

Alternate quotes should not be submitted and will not be considered.

**4.0  No-quote**

Quoters may submit a "no-quote" response to GSA eBuy along with a reason(s), if not intending to submit a quote.

**5.0 Question Submissions**

If your firm has questions regarding this requirement, please submit your inquiries immediate via email but no later than 06/02/2025 at 11:00AM Eastern Standard Time to both points of contact listed below:

      Name: Gregory Ruderman
      Contracting Officer
      Email: Gregory.Ruderman@hq.dhs.gov

      Name: Daniel Rosenstengel
      Contract Specialist
      Email: Daniel.Rosenstengel@hq.dhs.gov

-     Questions submitted by a method other than email will not be accepted or answered.

Revised with Amendment 0001 - 5/15/2025

Request for Quotation for **70RTAC25Q00000011** - Desktop Support Services 3.0

- Any questions received after the above specified cut-off date and time may not be accepted or answered. The Government may not respond to all questions.
- All email inquiries must have "**Final Questions – RFQ # 70RTAC25Q00000011**" included in the subject line.
- The Government's response will be made available to firms on or about **TBD**.

Responses to comments will be provided to all prospective quoters, giving due regard to the proper protection of proprietary information. Quoters should cite the section, paragraph number and page number of the RFQ in each question. Statements expressing opinions, sentiments, or conjectures are not considered valid inquiries or comments for this purpose and will not receive a response from DHS. Inquiries requesting a Government's response that would compromise a fair competition will not be answered. Further, quoters are reminded that DHS will not address hypothetical questions aimed toward receiving a potential "evaluation decision" from DHS.

### 6.0 Quotation Format and Contents

The quotation will consist of Volume 1 and Volume 2 (Technical) and Volume 3 (Pricing), which are prepared as separate documents. The technical quote shall not contain any pricing information. The quotation shall be done as a phased submission, as it will be evaluated using a phased approach.

### Submission Requirements

Below is the quotation format with volume submission due dates:

| Phase | Volumes | Due Date |
|-------|---------|----------|
| **Phase 1 –** Pass / Fail | **Facility Clearance Requirement**<br><br>Firms must submit a Phase 1 response consisting of a Self Certification Statement / Demonstration of an active Top Secret Facility Security Clearance at the time of the proposal submission through verification of the Defense Counterintelligence Security Agency (DCSA) National Industrial Security System (NISS) Report. | See above |
| **Phase 2 –** Multi-Step Advisory Down-Select | **Volume 1**<br>1. Cover letter<br>2. **Corporate Experience - Technical Evaluation Factor 1** | See above |
| The Government anticipates the Down-Select Notification will be sent to Quoters within approximately **7 days** after the Phase 2 Quotation Due Date. | | |

Revised with Amendment 0001 - 5/15/2025

| Phase | Volumes | Due Date |
|---|---|---|
| **Phase 3** | **Volume 2 - Technical**<br>**Section 1** - a. Cover Letter; b. Technical Assumptions<br>**Section 2:** Response to Technical Factors:<br>1. Corporate Experience (no new submission required)<br>2. Management Approach and Key Personnel (*Program Manager*) Resume - **Technical Evaluation Factor 2**<br>3. Technical Solution (Responses to Scenario Questions (Use RFQ Attachment 3) - **Technical Evaluation Factor 3**<br>*(Note: The Corporate Experience Submission and rating is carried over from Phase 2)* | See above |
| | **Volume 3 - Price**<br>**Section 1** - a. Cover Letter; b. Price Assumptions c. Appendix for CTA (if needed) d. Attachment 2 - Quoter Certification for GSA Schedule Technical Scope<br>**Section 2:** Response to Price Evaluation Factor<br>1. BPA Pricing Template - Schedule of Prices (Attachment 4)<br>2. Quoter's GSA Schedule Contract (also include copy of any CTA's schedule as applicable) | |

**6.1 Submission of Volumes**

The Phase 1 submission shall be submitted using a Self Certification Statement / Demonstration of an active Top Secret Facility Security Clearance at the time of the proposal submission through verification of the Defense Counterintelligence Security Agency (DCSA) National Industrial Security System (NISS) Report.

The Phase 2 quotation shall be submitted in Volume 1.

The Phase 3 quotation shall be submitted in two separate volumes: Technical (Volume 2) and Price (Volume 3).

All Volumes shall contain the following **Cover Letter Information** *(not included in the page count)*:

      (1) RFQ 70RTAC25Q00000011 – Volume [identify the volume number]
      (2) Date of Submission
      (3) Quoter's Name
      (4) Quoter's GSA Schedule Contract Number
      (5) Quoter's GSA Schedule Contract Period of Performance
      (6) Quoter's DUNS Number
      (7) Taxpayer Identification Number (TIN)
      (8) Quoter's primary and alternate points-of-contact (name, title, phone number, and e-mail address)

(9) Prompt Payment Terms
(10) Expiration date of the quotation (at minimum 180 days from the quotation closing date)
(11) Corporate signature

If a CTA is used, the Quoter shall provide the information for items (1) through (6) identified above. The Quoter shall clearly identify the CTA lead. The Quoter shall provide Teaming Arrangements with their Phase 3 submission, if applicable.  The information should be submitted as an appendix to **Volume 3**.

For written submissions, the document in print format shall be configured with a paper size of 8 ½ by 11 inch in the printed view. 11" by 17" (fold out pages) may be used for large graphics and tables.  The font size shall be 12 point.  No reduction in size is permitted except for charts or graphs.  In those instances where reduction is allowable, Quoters shall ensure the print is no less than 10 point for graphs / graphics and 10 point font for tables.  Each page shall have margins of at least one inch on each page.

**Phase 1**

**Facility Clearance Requirement**

Quoters shall submit the following for the Phase 1 / Technical Evaluation "Pass/Fail" Submission:

- **Facility Clearance Form / Self Certification Statement** / Demonstration of an active Top Secret Facility Security Clearance through verification of the Defense Counterintelligence and Security Agency (DCSA) National Industrial Security System (NISS). (Note this requirement will be evaluated as pass/fail.  *The Government suggests that prime contractors without an active Top Secret facility security clearance not proceed in responding to this solicitation*)

**Phase 2**

**6.1.1   Volume 1**

**Cover Letter**

A cover letter shall accompany the quotation to set forth any information that the Quoter wishes to bring to the attention of the Government.  The cover letter shall also stipulate that the quoter's submission is predicated upon all the terms and conditions of this RFQ (also see sections 6.1.2 Technical Assumptions and 6.1.3 Price Assumptions).

**Phase 2 - Corporate Experience (Technical Evaluation Factor 1 – limit 10 pages)**

Quoters shall describe their firm's Corporate Experience as a prime contractor to demonstrate desktop support services using up to 3 project examples within the last 3 years (may be ongoing or completed) for the following elements:

- The extent to which the quoter possesses organizational capability to meet the program requirements based on demonstrated experience providing services similar in scope and nature to the proposed effort.
- Innovation in the Industry to include costs savings efforts
- Number of Users Supported (current environment has ~18,500)
- Complexity of Support (including executive support / technical scope)
- Location of Support (outside and inside the National Capital Region / Continental United States (CONUS) /Outside the Continental United States (OCONUS)
- Experience with a multitude of service providers (software, hardware, network, and other misc. resellers)
- Tier I and Tier II experience and use of various Tier escalation processes

Quoter must clearly delineate responses and use each bullet as a section header in their submission.

## Phase 3

### 6.1.2   Volume 2 - Technical

**Section 1:**
        a. Cover Letter
        b. Technical Assumptions

**Cover Letter**

A cover letter shall accompany the quotation to set forth any information that the Quoter wishes to bring to the attention of the Government.  The cover letter shall also stipulate that the quoter's submission is predicated upon all the terms and conditions of this RFQ (also see the Technical and Price Assumptions sections).

**Technical Assumptions**

Quoters must indicate, in this section only, if any _technical_ related assumptions have been made, conditions have been stipulated or exceptions have been taken with the Statement of Work as written. If technical assumptions are not noted in this Volume and this section of the quote, it will be assumed that the quote reflects no technical assumptions for award and the Quoter agrees to comply with all terms and conditions set forth herein. It is not the responsibility of the Government to seek out and identify assumptions, conditions, or exceptions buried within the

Quoter's quote.  <u>Accordingly, any technical related assumptions listed in any other volume or section shall be null and void.</u>

Any exceptions taken to the terms and conditions of the RFQ shall be stated in this Section. The Quoter is advised that any exception taken to the terms and conditions of the RFQ may adversely impact its evaluation rating.  Any assumptions that are considered unacceptable by the Government and cannot be resolved may result in the Quoter being removed from consideration.

<u>No price-related exceptions and assumptions shall be included in this volume.</u>

**Section 2:**

**6.1.2.1 Response to Technical Factors**

**Factor 1 – Corporate Experience (limit 10 pages)**

No additional Submission Required - Submission and Rating from Phase 2 will be utilized.

**Factor 2 – Management Approach and Key Personnel (limit 15 pages, not including resume)**

<u>**Management Approach**</u> **(limit 15 pages)**

Quoters shall propose a management approach in response to the SOW. The proposed approach shall include the following elements:

1. Describe how the quoter proposes to measure, assess, report, and manage service level objectives and agreement (SLO and SLA) compliance and performance execution.

2. Approach to reduce program costs and find program efficiencies (such as through the use of innovations).  This shall include a discussion of how the quoter proposes to implement such cost savings with the Government.

3. Approach to teaming efforts as it applies to this procurement (including within the NCR and for BPA call orders outside the NCR).  This includes its approach for selecting its teaming partners and the respective roles and responsibilities that these partners will hold in the overall solution.

4. Explanation on how the quoter will identify and escalate critical issues and information as well as an explanation of the controls and people that are involved in the decision-making process.  Explanation of the quoter's proposed method of communicating this information to DHS stakeholders at all levels.

5. Methodology for identifying, tracking and reporting risks associated with its proposed DSS 3.0 solution.   This includes the quoter's method for mitigating threats and capturing

opportunities presented by the identified risks.  Quoters shall identify the key risks associated with their proposed solution and the proposed mitigation of those risks.

6. Discussion of transition from DSS 2.0 to DSS 3.0, including but not limited to learning curve, technical knowledge transfer, on-boarding, etc.

7. Staffing Plan / Discussion of ability to recruit, hire, retain and develop qualified staff, including difficult to fill and high demand positions and possible CONUS/OCONUS positions.


**Key Personnel** **(limit 2 pages per resume plus letter of commitment)**

Quoters shall provide complete resumes for all Key Personnel.

Offerors are required to submit resumes for proposed BPA Key Personnel. Resumes do not have a required format but are limited to two pages each and must include proposed labor category for the individuals and the following additional information. Resumes shall describe, at a minimum, the candidate's education, experience, and certifications demonstrating that they meet all required minimum qualifications for the position proposed.  Resumes shall include the following:

- Name of proposed person
- Proposed GSA labor category
- Proposed position, function, or role
- Education [including, in reverse chronological order, colleges and/or technical schools attended (with dates), degree(s) / professional credentials and or certification(s) received, major field(s) of study, and approximate number of total class hours if available]
- Experience (including, in reverse chronological order, area(s) of work in which a person is qualified, company and title of position, approximate starting and ending dates (month/year), concise descriptions of experience for each position held
- Quoter Certification that the information contained in the resume is correct and accurate

Quoters shall include with the resume a statement or letter signed by the proposed Key Personnel confirming that they will be committed to serve as key personnel if the quote results in a BPA award. This letter will not count towards page limitations.

**Factor 3 – Technical Solution (Response to Scenario Questions) (limit 2 pages per scenario)**

Quoters are required to respond to the Scenario Questions (Technical Solution - DSS 3.0 Case Scenarios) by providing specific technical solutions.  See Attachment 3 for the Scenario Questions.

### 6.1.3 Volume 3 - Factor 4 - Price

**Section 1**
a. Cover Letter
b. Price Assumptions
c. Appendix for CTA (if needed)
d. Attachment 2 - Quoter Certification for GSA Schedule Technical Scope

**Cover Letter**

A cover letter shall accompany the quotation to set forth any information that the Quoter wishes to bring to the attention of the Government.  The cover letter shall also stipulate that the quoter's submission is predicated upon all the terms and conditions of this RFQ (also see the Technical and Price Assumptions sections).

**Price Assumptions**

Quoters must indicate, in this section only, if any *pricing* related assumptions have been made, conditions have been stipulated or exceptions have been taken with this RFQ or the Statement of Work as written.  If assumptions are not noted in this Volume and this section of the quote, it will be assumed that the Quoter's quote reflects no assumptions for award and the Quoter agrees to comply with all the terms and conditions set forth herein. It is not the responsibility of the Government to seek out and identify assumptions, conditions, or exceptions buried within the Quoter's quote. Also include reference to proposed BPA indirect cost rates for order level travel, ODCs, etc.  Accordingly, any pricing related assumptions listed in any other volume or section shall be null and void.

Any exceptions taken to the price related terms and conditions of the RFQ shall be stated in this Section.  Any assumptions that are considered unacceptable by the Government and cannot be resolved may result in the quote being removed from consideration.

**Failure to utilize the attached BPA Pricing Template - Schedule of Prices (Attachment 4) will result in the quoter being removed from consideration for further evaluation.**

Quoters must list their percent discount off their GSA Schedule Rates for each labor category.

For CTA impacted labor categories, the quoter shall reference the applicable GSA schedule and teaming partner for each labor category from Attachment 4 - BPA Pricing Template - Schedule of Prices.

**Completed Quoter Certification for GSA Schedule Technical Scope**

All Quoters shall certify in writing that their proposed solution falls within the scope of the vendor's referenced GSA Schedule contract(s) as applicable by completing, signing, and returning **RFQ Attachment 2**. By completing and signing the form, the quoter certifies that the technical solution offered in the quote is covered by the scope of the Quoter's GSA MAS contract.

**Section 2:**
1. Response to **BPA Pricing Template - Schedule of Prices (Attachment 4)**
2. Copy of GSA Schedule Contract

**6.1.3.1** Price quotation shall be submitted by completing the **BPA Pricing Template - Schedule of Prices (Attachment 4).**

Quoters are strongly encouraged to offer discounts off their GSA FSS Schedule contract published rates.

The labor categories listed in the **BPA Pricing Template - Schedule of Prices (Attachment 4)** are the required Government labor categories.  If using labor categories (or title) other than those identified in Attachment 4, the Quoter shall provide an "equivalent" position (based on education/experience) to map / cross reference the proposed labor category titles with those provided by the Government.  Note: Failure for a quoter to utilize or map an equivalent labor category may result in a quotation that is non-compliant to the terms of this RFQ and result in the quoter being eliminated from consideration for award.

The BPA pricing shall be based upon a one-year base ordering period and four one-year optional ordering periods.

**BPA Pricing Template Instructions - Schedule of Prices Attachment 4**

All pricing proposed by the quoter in the BPA Pricing Template, if accepted by the Government, will be used as a price schedule for a resultant BPA award. Indirect rates from the pricing assumptions submission, if accepted by the Government, will also used for a resultant BPA award.

Quoters are requested to keep their quotation valid for a period no less than **<u>180 days</u>** after the closing date of the solicitation.

## II.    EVALUATION

**1.    FAR 52.212-2 Evaluation -- Commercial Items (Oct 2014)**

(a) The Government will award a BPA resulting from this solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the Government, price and other factors considered. The following four factors shall be used to evaluate offers:

> **1) Corporate Experience, 2) Management Approach and Key Personnel, 3) Technical Solution, and 4) Price.**
>
> **Factor 1, Corporate Experience is more important among all technical evaluation factors. Factor 2, Management Approach and Key Personnel and factor 3, Technical Solution are of equal importance.  When combined factors 1, 2, and 3 are more important than price. However, price may become more important in selecting the successful quoter as technical quotes become more comparable.**

(b) *Options.* The Government will evaluate quotes for award purposes by adding the total price for all options to the total price for the base requirement. The Government may determine that a quote is unacceptable if the option prices are significantly unbalanced. Evaluation of options shall not obligate the Government to exercise the option(s).

(c) A written notice of award or acceptance of an offer, mailed or otherwise furnished to the successful quoter within the time for acceptance specified in the offer, shall result in a binding contract (BPA) without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.  As stated within the submission requirements of this RFQ, quoters are requested to keep their quotation valid for a period no less than <u>180 days</u> after the closing date of the solicitation.

(End of Provision)

**2.    Evaluation Method**

The vendor selection process will follow three phases as described below:

The Government will utilize multi-step down-select procedures to evaluate quotes as described in this section.

**3.    Facility Clearance Requirement - Pass/Fail – Phase 1**

Quoters shall submit the following for the Phase 1 / "Pass/Fail" Submission:

- **Facility Clearance Form / Self Certification Statement** / Demonstration of an active Top Secret Facility Security Clearance through verification of the Defense Counterintelligence and Security Agency (DCSA) National Industrial Security System

(NISS). (Note this requirement will be evaluated as pass/fail. *The Government is advising prime contractors without an active Top Secret facility security clearance not proceed in responding to this solicitation*)

After the Government completes evaluation of Phase 1 submissions (Top Secret Facility Clearance Requirement, Pass/Fail), quoters will receive notification via email from the CO.

Quoters that do not receive the Phase 2 invitation may not continue their participation in the next phase.

4.      **Phase 2: Factor 1 - Corporate Experience**

**Factor 1 – <u>Corporate Experience</u>:**

The Government will evaluate to the degree to which the quoter describes its firm's Corporate Experience to demonstrate all desktop support services (stated within the SOW) using up to 3 project examples within the last 3 years (may be ongoing or completed) for the below elements.

- The extent to which the quoter possesses organizational capability to meet the program requirements based on demonstrated experience providing services similar in scope and nature to the proposed effort.
- Innovation in the Industry to include costs savings efforts
- Number of Users Supported (current environment has ~18,500)
- Complexity of Support (including executive support / technical scope)
- Location of Support (outside and inside the NCR / CONUS / OCONUS)
- Experience with a multitude of service providers (software, hardware, network other misc. resellers).
- Tier I and Tier II experience and use of various Tier escalation processes

After the Government completes evaluation of Phase 2 submissions (Factor 1: Corporate Experience), quoters will receive notification via email from the CO.

Quoters who are determined to be the most highly qualified will be invited to participate in the Phase 3 quotation submission.

**Quoters that do not receive the Phase 3 invitation may continue their participation in the next phase; however, it should be noted that Technical Evaluation Factor 1 Corporate Experience is more important than Factor 2, Management Approach and Key Personnel and Factor 3, Technical Solution.**

Quote submissions for Phase 3 will not be accepted from the quoters who have not submitted Phase 2 submissions by the due date and time provided for in this solicitation.

**5.**        **Phase 3: Technical Quote/Best Value Determination Factors**

The Quoter is advised that any exception taken to the terms and conditions of the RFQ may adversely impact its evaluation rating.  The Government will review assumptions, and any assumptions that are considered unacceptable by the Government and cannot be resolved may result in the Quoter being removed from consideration.

**Factor 1 – Corporate Experience** (This factor will flow down from Phase 2 and is not re-evaluated)

**Factor 2 – Management Approach and Key Personnel**

**Management Approach**

The Government will evaluate the degree to which the quoter demonstrates a sound Management Approach in the following elements:

1.  How the quoter proposes to measure, assess, report, and manage service level (SLO and SLA) compliance and performance execution.

2.  Approach to reduce program costs and find program efficiencies (such as through the use of innovations).  This shall include a discussion of how the quoter proposes to implement such cost savings with the Government.

3.  Approach to teaming efforts as it applies to this procurement (including within the NCR and for BPA call orders outside the NCR).  This includes its approach for selecting its teaming partners and the respective roles and responsibilities that these partners will hold in the overall solution.

4.  Explanation on how the quoter will identify and escalate critical issues and information as well as an explanation of the controls and people that are involved in the decision-making process.  Explanation of the quoter's proposed method of communicating this information to DHS stakeholders at all levels.

5.  Methodology for identifying, tracking and reporting risks associated with its proposed DSS 3.0 solution.   This includes the quoter's method for mitigating threats and capturing opportunities presented by the identified risks.  Quoters shall identify the key risks associated with their proposed solution and the proposed response to those risks.

6.  Discussion of transition from DSS 2.0 to DSS 3.0, including but not limited to learning curve, technical knowledge transfer, on-boarding, etc.

7.  Degree to which the quoter demonstrates ability to recruit, hire, retain and develop qualified staff, including difficult to fill and high demand positions and possible CONUS/OCONUS positions in the Staffing Plan.

**Key Personnel**

The Government will evaluate the degree to which the quoter proposed Key Personnel that demonstrate education, experience, and credentials that will allow them to be successful within the Key Personnel role (taking into account the BPA Key Personnel descriptions and proposed GSA Schedule labor category).

The quoter's key personnel will be evaluated as follows:

- o Qualifications of the proposed key personnel regarding the education and professional certifications / credentials.

- o Qualifications of the proposed key personnel regarding the experience in similar projects (size, scope, magnitude, duration, and complexity etc.)

**Factor 3 – Technical Solution** (Responses to Scenario Questions - Technical Solution - DSS 3.0 Case Scenarios)**:**

The quoter's Technical Solution will be evaluated for their understanding of the scenario questions in relation to the project. This refers to the way the quoter proposes to plan, manage, control and provide a sound technical solution in which the Government can realistically utilize within the DHS environment. Specifically, the Government will evaluate the extent to which the quoter understands the problems, issues, constraints, organizations, and system(s) involved, and the quoter's approach and methodologies proposed to ensure a successful solution.

**6.    Factor 4 - Price**

Any assumptions that are considered unacceptable by the Government and cannot be resolved may result in the quote being removed from consideration

**Price**

All quoted prices will be evaluated by reviewing the Quoter's completed **BPA Pricing Template - Schedule of Prices** (**Attachment 4**).  Price will be evaluated to determine if it is fair and reasonable in accordance with FAR 8.405-3 and agency procedure.

The Government may reject any price quote that is found not compliant with the Solicitation's instructions.

The Government may review prices for realism. The Government may assess whether unrealistically low prices increase the risk of unsuccessful performance or reflect a lack of technical understanding. **The Government may reject quotes with unrealistically low prices.**

7.      **Evaluation of FAR Clause 52.217-8 - Option to Extend Services**

Note: In accordance with FAR 52.217-8, the option to extend services for an additional six months using FAR Clause 52.217-8 will be incorporated within the award resulting from this RFQ.  A six month extension will be considered to be within the total project scope for purposes of evaluation and award justification.  For the evaluation purpose, the Government will use the pricing quoted for Option Period 4 to evaluate the potential six additional months.  The Government will determine whether the price including the options available under FAR 52.217-8 is fair and reasonable.

The CO reserves the right to exercise FAR clause 52.217-8, Option to Extend Services, if it is determined it is in the best interests of the Government. The Option to Extend Services clause at FAR 52.217-8 provides in part that the Government may require continued performance of any services within the limits, prices, and rates specified in the award.  FAR 52.217-8 may be exercised at any point during the life of BPA and applicable rates will be those of the ongoing period of performance immediately preceding the 6-month option being exersied.

8.      <u>**BASIS FOR AWARD**</u>

The DHS contemplates awarding a BPA to a GSA Multiple Award Schedule Quoter whose quotation(s), conforming to this Solicitation, is determined to be most advantageous to the Government and represent the best value (as defined in FAR 2.101) to meeting the DHS's needs, considering all non-price evaluation factors and price.

The government anticipates selecting the best-suited contractor from initial responses, without engaging in exchanges with contractors. Contractors are strongly encouraged to submit their best technical solutions and price in response to this RFQ.

**8.1     Exchanges with the Best-Suited Quoter**

Once the government determines the quoter that is the best-suited (i.e., the apparent successful awardee), the government reserves the right to communicate with only that quoter to address any remaining issues, if necessary, and finalize the resultant award with that quoter. These issues may include technical and price. If the parties cannot successfully address and finalize any remaining issues, as determined pertinent at the sole discretion of the government, the government reserves the right to engage the next best-suited quoter based on the original analysis and address any remaining issues.

**8.2     Best Value Trade-Offs**

The Government reserves the right to use a price / technical trade-off process to determine the best value quote.

The Government reserves the right to make an award to other than the low priced quoter if the superior technical solution, or the solution indicating a reduced performance risk, warrants paying a premium. The Government's objective is to obtain the highest technical quality considered necessary to achieve the project objectives, with a fair and reasonable price.

Each quoter should recognize that its initial price and technical quote may be used as the sole and final basis for award and should quote accordingly.

The Government reserves the right to remove a quoter from further consideration for award should they receive a "no confidence" or "low confidence" rating in any evaluated factor.

**8.3     Cancelation of the Solicitation**

The Government reserves the right to cancel this solicitation if the needs of the requirement are not met. The Government will not pay any costs associated with the preparation and submission of a quote.

## III.   Blanket Purchase Agreement (BPA) TERMS AND CONDITIONS

Only the Contracting Officer (CO) for the BPA is authorized to change the terms and conditions at the BPA level by issuing a modification bilaterally signed by the CO and the Contractor, which is also referred to as the BPA Holder.

**1.0    Period of Performance/Ordering Period**

**1.1    BPA Period of Performance/Ordering Period**

The Period of Performance of this BPA, which will also be referred to as the Ordering Period, will consist of a Base Period of twelve months from the date of BPA award effective date with four 12-month Option Periods.

| Period | Date |
|---|---|
| Base Period | August 14, 2025 – August 13, 2026 |
| Option Period One | August 14, 2026 – August 13, 2027 |
| Option Period Two | August 14, 2027 – August 13, 2028 |
| Option Period Three | August 14, 2028 – August 13, 2029 |
| Option Period Four | August 14, 2029 – August 13, 2030 |

**1.2    Order Period of Performance**

BPA call orders may be issued at any time during the BPA period of performance and may extend for a period of twelve (12) months after the expiration date of the BPA.  However, should the Contractor's General Services Administration (GSA) Schedule contract end during the BPA ordering period, the BPA ordering period will end concurrently.  Period of performance of each order will be specified at the order level.

**2.0    Place of Performance**

The primary service location is the National Capital Region (NCR) / on-site at DHS facilities including DHS classified facilities.  The specific place of performance for these locations will be determined at the order level including both the Continental United States (CONUS) or outside the Continental United States (OCONUS).  The place of performance for in-building desktop support shall include DHS facilities within the CONUS.  The OCONUS support will only be provided remotely.

**3.0    Type of Orders**

The BPA will allow for Firm Fixed Price (FFP), Time and Materials (T&M), Labor Hour (LH), and hybrid type orders.  The type of order will be identified at the order level.

**4.0    Flow Down of Clauses**

All applicable GSA Schedule clauses will flow down to the BPA and its subsequent orders. If the Contractor's current GSA Schedule contract is replaced with a follow-on Schedule contract, the applicable terms and conditions of the follow-on Schedule contract shall be incorporated into this agreement upon bilateral modification, as appropriate.  The follow-on Schedule contract will not affect the maximum duration of the BPA and any orders that have been issued.  Further, the BPA's pricing (unless discounted at the order level) will only be changed as a result of a bilateral modification to the BPA.

**5.0    Order of Precedence**

The terms and conditions apply to all orders pursuant to the BPA.  In the event of any inconsistency in the terms and conditions between the BPA and the Contractor's Schedule contract, the Schedule shall take precedence. Additionally, any inconsistency or incompatible with the terms and conditions in the BPA shall be resolved by giving precedence in the following order:

    a.    The BPA.
    b.    The BPA call order, including the SOW, clauses, and Terms & Conditions
    c.    The Government's documents, exhibits, and attachments to the BPA call order.
    d.    The Contractor's quotation, if the BPA call order incorporates it by reference.

**6.0    No Obligation of Funds**

This BPA does not obligate any funds.  Each individual order placed against this BPA will obligate funds.

**7.0    BPA Volume of Services**

The Department is obligated only to the extent of authorized purchases to be made by authorized DHS COs at the order level.  There is no guaranteed minimum order quantity or dollar amount.

**8.0    BPA Ordering Procedures**

**8.1**    BPA call orders and their administration will be performed by duly appointed COs assigned by DHS Headquarters within their warrant authority.  The order-level CO shall award and administer orders in accordance with the ordering procedures described in section 8.0, BPA Ordering Procedures, and an ordering guide that will be issued immediately after the BPA award, and the procedures outlined in Federal Acquisition Regulation (FAR) 8.405-3(c)(1), Ordering from Single-award BPA.  BPA call orders are subject to the terms and conditions of the contractor's GSA Schedule Contract and those of the BPA.

**8.2** All costs associated with the preparation of the Contractor's order quotations will be at the Contractor's expense.

**8.3** When a requesting office identifies a need that is within the scope of this BPA, the requesting office's CO and the Contracting Officer's Representative (COR) shall follow all Headquarters procedures for ordering off a single-award BPA established using FAR 8.405-3.

**8.4** BPA call orders may only be issued from the date of the BPA establishment through the BPA's expiration date.  The maximum period of performance for the order after the expiration date of the BPA shall be no longer than twelve (12) months.

**8.5** Each order issued under this BPA will include the following information, as applicable:

(1) BPA number and order number;
(2) Date of the order;
(3) Description of the work to be performed;
The work schedule (including the requesting office's regular hours of operation, if applicable), period of performance, and required completion date;
(4) Place of performance;
(5) Deliverables;
(6) CLIN number and description, quantity, unit price, and extended total;
(7) The firm-fixed-price to complete the requirements or labor-mix table with labor categories and rates identified;
(8) The security requirements;
(9) The payment schedule; and
(10) Accounting and appropriation data.

**8.6 Special Requirements for T&M and LH Orders**

Each order against this BPA that is issued on a T&M or LH basis incorporates Alternate I to the contract clause at FAR 52.212-4, Contract Terms and Conditions -- Commercial Items. T&M or LH orders require fill-ins for Alternate I. If a T&M or LH order does not provide fill-ins for Alternate I, they are understood to be "None." The fill-ins may be displayed in the order as shown below:

FAR 52.212-4, Alternate I fill-ins --
para. (e)(1)(iii)(D): _____
para. (i)(1)(ii)(D)(1): _____
para. (i)(1)(ii)(D)(2): _____

**9.0    Organizational Conflict of Interest Notice**

Quoters should be aware that they may be deemed ineligible to participate in BPA call orders by reason of an organizational conflict of interest (OCI) (see FAR 9.5, Organizational and Consultant Conflicts of Interest). The Contractor's eligibility or ineligibility related to the existing or potential OCI to participate in BPA orders is determined by the BPA order level CO.

**10.0    Annual Review of the BPA**

In accordance with FAR Part 8.405-3 (e), and as applicable, the BPA will be reviewed annually on the anniversary of the BPA award, at least once a year.

**11.0    Reserved**

**12.0    Invoicing**

Invoices shall be prepared in accordance with FAR Clause 52.232-25, Prompt Payment, and 52.232-1, Payments. In addition to invoice preparation as required by the FAR, the Contractor's invoice shall include the following information:

(1) Cover sheet identifying DHS;
(2) Order and Associated GSA Contract Number;
(3) Modification Number, if any;
(4) DUNS Number;
(5) Month services provided
(6) CLIN and Accounting Classifications

The Contractor shall submit the invoice electronically as directed through the subsequent BPA call orders. The contractor shall provide an electronic copy of the invoice to the order level COR for BPA expenditure tracking purposes and rate validation.

The Contractor shall prepare and submit a sufficient and procurement regulatory compliant invoice and receiving report for technical certification of inspection/acceptance of services and approval for payment. The Contractor shall attach back up information to the invoices and receiving reports substantiating all costs for services performed. A written or electronic acceptance by the COR and date of acceptance shall be included as part of the backup documentation. If the invoice is submitted without all required back up documentation, the invoice shall be rejected. The Government reserves the right to have all invoices and backup documentation reviewed by the CO prior to payment approval.

Additional order invoicing information will be specified at the order level.

## 13.0    Discounts

The Contractor is encouraged to provide additional discounts from their BPA established rates for BPA call orders. The Contractor shall make efforts to have any discounted rates, which are given to DHS Components (i.e. DHS Agencies such as FEMA, TSA, ICE, CBP, etc.) or non DHS customers in future orders and are more advantageous than the awarded BPA rates, available for other orders. The DHS expects to have the most favored pricing available to federal and non-federal (commercial) customers and reserves the right to request and receive price matching for order level labor category prices.

## 13.1    BPA Prices and Price Adjustments

The discounted pricing established at the BPA level shall be maintained throughout the life of the BPA, unless a price adjustment is justified and incorporated by the BPA CO.

For any price increase or decreases made to the Contractor's GSA Schedule contract, if affecting the BPA discounted price, the Contractor shall immediately notify the BPA CO.

The order level CO may seek additional discounts or price reductions from the BPA pricing when issuing a task order.

## 14.0    Order Level Materials
(See 552.238-115 Special Ordering Procedures for the Acquisition of Order-Level Materials.)

Open market ODCs are not allowed under this BPA.  In accordance with GSA Schedule procedures, the use of Order-Level Materials (OLMs) may be utilized to fulfill orders under the scope of this BPA.

OLMs are supplies and/or services acquired in direct support of an individual task or delivery order placed against a Schedule contract or BPA. OLM pricing is not established at the Schedule contract or BPA level, but at the order level. Since OLMs are identified and acquired at the order level, the ordering contracting officer (OCO) is responsible for making a fair and reasonable price determination for all OLMs.

OLMs are procured under a special ordering procedure that simplifies the process for acquiring supplies and services necessary to support individual task or delivery orders placed against a Schedule contract or BPA. Using this new procedure, ancillary supplies and services not known at the time of the Schedule award may be included and priced at the order level.
are only authorized for inclusion at the order level under a T&M or LH Contract Line Item Number (CLIN) and are subject to a Not To Exceed (NTE) ceiling price.

OLMs include direct materials, subcontracts for supplies and incidental services for which there is not a labor category specified in the BPA, other direct costs, and indirect costs. OLMs are purchased under the authority of the Federal Supply Schedule (FSS) Program and are not "open market items."

**15.0    Travel**

The Contractor may be required to travel to support the order requirements. All approved travel required by the Government, when the travel destination beyond a 50 mile radius outside the DC Metro area will be reimbursed to the Contractor in accordance with the Federal Travel Regulations and FAR 31.205-46. The contractor shall be responsible for obtaining advance COR approval (electronic mail is acceptable) for all reimbursable travel in advance of each travel event. The travel requirement will be either in the CONUS or OCONUS. Local travel reimbursement will not be authorized. Approval for travel shall be contingent on funding availability and a properly funded order-level travel line item.

**16.0    Reserved**

**17.0    Non-Personal Services**

The Government and the Contractor understand and agree that the services delivered by the Contractor to the Government are non-personal services. The parties also recognize and agree that no employer-employee relationship exists or will exist between the Government and the Contractor. The Contractor and the Contractor's employees are not employees of the Federal Government and are not eligible for entitlement and benefits given federal employees.

Contractor personnel under the BPA call order shall not (i) be placed in a position where there is an appearance that they are employed by a Federal Official, or are under the supervision, direction, or evaluation of a Federal Official, or (ii) be placed in a position of command, supervision, administration, or control over Government personnel.

**18.0        Qualified Contractor Personnel**

The Contractor shall be responsible for employing technically qualified personnel to perform the work specified in the SOW. The Contractor shall maintain the personnel, organization, and administrative control necessary to ensure that the work delivered meets the government's specifications and requirements. Each Contractor employee must possess knowledge and experience directly related to work he/she is required to perform under this BPA.

The Government reserves the right, during the life of this BPA, to request work histories on any contractor employee for the purposes of verifying compliance with the above requirements; additionally, the Government reserves the right to review and approve resumes of contractor personnel proposed to be assigned to any order. In addition, the contractor shall have the demonstrated ability to reach out to a wide variety of subject matter experts in relevant fields, retain their services, and productively engage them in support of government requirements.

## 19.0    Identification of Contractor Personnel

The Contractor shall ensure that its employees identify themselves as employees of their respective company while working on DHS contracts.  For example, contractor personnel shall introduce themselves in person and in voice-mail, and sign attendance logs as employees of their respective companies, and not as DHS employees.  The contractor shall ensure that their personnel use the following format signature on all official e-mails generated by DHS computers:

Name
Position or Professional Title
Company Name
Supporting the unit and organization or Office of DHS
Phone
Email
Other contact information as desired


## 20.0    Security Requirements

The specific security requirements will be defined at the BPA call order level.  The BPA level program manager shall meet DHS security clearance requirements for up to Top Secret with Sensitive Compartmented Information access.

This BPA supports orders from Unclassified to Top Secret (TS) with Sensitive Compartmented Information (SCI) access control during the overall period of performance for the BPA. Contract Security Classification Specification, DD Form 254 will be incorporated at time of BPA call order award for security requirements and classification guidance, as applicable. Interim TS is not accepted by DHS for access to TS information. Quoters must have an active TS Facility Clearance at the time of Phase I submission.  Costs associated with obtaining security clearance shall not be charged as a direct cost to the Government.

All contractor personnel under this BPA shall be required to complete DHS Entry on Duty (EOD) and will not be permitted access to DHS facilities, systems and information until EOD status is approved. All EODs will be facilitated at the BPA call order level**.**

The procedures outlined below will be used by the DHS Office of the Chief Security Officer (OCSO), Personnel Security Division (PSD) to process background investigations, EOD determinations, and Fitness determinations, as required, in a timely and efficient manner.

Carefully read the security clauses in the BPA. Compliance with the security clauses in the BPA is not optional.

Contractor employees (to include applicants, temporaries, part-time and replacement employees) under the contract, requiring access to sensitive information, shall undergo a position-sensitivity analysis based on the duties each individual will perform on the contract. The results of the position sensitivity analysis shall identify the appropriate background investigation to be

conducted. All background investigations will be processed through the DHS OCSO/PSD. Prospective contractor employees shall submit the below completed forms to the DHS OCSO/PSD. The Standard Form (SF) 85-P must be completed electronically through the Office of Personnel Management's e-QIP SYSTEM. The SF-85P signature pages and other completed forms must be given to the OSCO/PSD no less than thirty (30) calendar days before the start date of the contract or thirty (30) calendar days prior to the requested entry on duty date, for all contractor employees whether a replacement, addition, subcontractor employee, or vendor:

    a. Standard Form (SF) 85-P, "Questionnaire for Public Trust Positions"
        i. SF-85P Certification
        ii. SF-85P Authorization for Release of Information
    b. FD Form 258, "Fingerprint Card" (2 copies)
    c. DHS Form 11000-6 "Conditional Access To Sensitive But Unclassified Information Non-Disclosure Agreement"
    d. DHS Form 11000-9, "Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act"

Only complete packages will be accepted by the DHS OCSO/PSD. Specific instructions on submission of packages will be provided upon award of the contract.

The DHS OCSO/PSD may, as it deems appropriate, authorize and grant a favorable EOD decision based on preliminary checks. A favorable EOD decision allows a contractor employee to commence work temporarily prior to the completion of the full background investigation. The granting of a favorable EOD decision shall not be considered as assurance that a favorable Fitness determination will follow. In addition, a favorable EOD or Fitness determination shall in no way prevent, preclude, or bar DHS from withdrawing or terminating access to government facilities or information, at any time during the term of the contract. No employee of the contractor shall be allowed unescorted access to a Government facility without a favorable EOD or Fitness determination by the DHS OCSO/PSD.

Limited access to Government buildings is allowable without an EOD decision if the contractor is escorted by a Government employee and the purpose of the visit is to attend a limited number of required briefings or nonrecurring meetings in order to facilitate the transition of a contract. The intent of this statement is to allow a minimum amount of meeting/transition attendances to prepare for the new contract.

The DHS OCSO/PSD shall be notified of all terminations/resignations within five (5) calendar days of occurrence. The contractor shall return to the COR all DHS issued identification cards and building passes that have either expired or have been collected from terminated employees. If an identification card or building pass is not available to be returned, a report shall be submitted to the COR, referencing the pass or card number, name of individual to whom it was issued and the last known location and disposition of the pass or card.

When sensitive Government information is processed on Department telecommunications and automated information systems, the contractor shall provide for the administrative control of sensitive data being processed. Contractor personnel must have a favorable EOD or Fitness determination by the DHS OCSO/PSD, to access this information. Contractors who fail to comply with Department security policy are subject to having their access to Department IT

systems and facilities terminated, whether or not the failure results in criminal prosecution. Any person who improperly discloses sensitive information is subject to criminal and civil penalties and sanctions under a variety of laws (e.g., Privacy Act).

See HSAR 3052.204-71(g) ALT II for alternative citizenship requirements for non IT contracts.

Failure to follow these instructions may delay the completion of background investigations, EOD and Fitness determinations. Note that any delays in this process, which are not caused by the Government, do not relieve a contractor from performing under the terms of the contract. Your POC at the Security Office is: DHS OCSO/PSD Security Customer Service Center
Telephone: (202) 447-5010
E-mail: officeofsecurity@dhs.gov.

**21.0 Contractor Performance Assessment Reporting System (CPARS)**

DHS collects vendor performance data in CPARS.  CPARS is a web-enabled application that collects and manages the library of automated Contractor Performance Assessment Reports (CPARs). CPARS is for UNCLASSIFIED use only. Classified information is not to be entered into this system.  A CPAR assesses a contractor's performance and provides a record, both positive and negative, on a given contractor during a specific period of time.  Each assessment is based on objective facts and supported by program and contract management data, such as cost performance reports, customer comments, quality reviews, technical interchange meetings, financial solvency assessments, construction/production management reviews, contractor operations reviews, functional performance evaluations, and earned contract incentives.  The contractor shall participate in the DHS CPARS program via the CPARS website at: https://www.cpars.gov.

**22.0    Disclosure of Information**

The BPA Holder is reminded that information incorporated into the BPA or into an order may be subject to disclosure under the Freedom of Information Act (FOIA). See paragraph (e) of FAR 52.215-1, Instructions to quoters – Competitive Acquisitions, for guidance on marking data submitted as part of a quotation for the BPA or for an order.

Any information made available to the BPA Holder by the Government must be used only for the purpose of carrying out the provisions of this BPA and all subsequent orders and must not be divulged or made known in any manner to any person except as may be necessary in the performance of the order.

In performance of this BPA, the BPA Holder assumes responsibility for protection of the confidentiality of Government records and must ensure that all work performed by its subcontractors shall be under the supervision of the BPA Holder or the BPA Holder's responsible employees.

Each officer or employee of the BPA Holder or any of its subcontractors to whom any

Government record may be made available or disclosed must be notified in writing by the BPA Holder that information disclosed to such officer or employee can be used only for a purpose and to the extent authorized herein.

## 23.0    Contractor Team Arrangement (CTA)

It is anticipated that the awarded contractor will be termed "BPA Holder" or "BPA Contractor" and considered the Prime Contractor. The BPA Holder will hold a GSA Multiple Award Schedule contract and may have teaming arrangements/agreements with other contractors termed "CTA Partners" for purposes of meeting the requirements of the BPA.  Any BPA Holder utilizing a CTA Partner is required to submit the teaming agreement document and to identify, in its quotation, the lead CTA Partner and the participating members, their corresponding GSA Schedule contract numbers, the work to be performed by each team member, team members' responsibility for all services and related tasks.

For purposes of the BPA and order administration, all Government communications, ordering, and scheduling flows through the BPA Holder.  Furthermore, all invoices shall be submitted by the BPA Holder and all payments will be made to the BPA Holder who, in turn, will be responsible for payment to each CTA Partner. Any disputes involving the distribution of payment between the BPA Holder and CTA Partner shall be resolved without any involvement of the Government.

The BPA Holder shall provide the BPA CO with a primary and alternate administrative points of contact (POC) after BPA award. The BPA Holder shall notify the DHS BPA CO and Contracting Officer's Representative (COR) of any changes in contact information as expeditiously as possible.

If the addition of a new CTA Partner is requested by the BPA Holder, the BPA Holder shall submit the new teaming arrangement document to the BPA CO.  The BPA Holder shall also include the new partner's GSA Schedule contract number, the work to be performed by the new partner, and the new partner's responsibilities as it relates to the services and tasks in the BPA SOW.  The BPA CO will review the request for a new CTA Partner and either approve the request or provide rationale for denying the request.

## 24.0    Section 508 – Accessibility of Electronic and Information Technology

**Accessibility Requirements (Section 508)**

Section 508 of the Rehabilitation Act, as amended by the Workforce Investment Act of 1998 (P.L. 105-220) requires that when Federal agencies develop, procure, maintain, or use electronic and information technology (EIT), they must ensure that it is accessible to people with disabilities. Federal employees and members of the public who have disabilities must have equal access to and use of information and data that is comparable to that enjoyed by non-disabled Federal employees and members of the public.

All EIT deliverables within this work statement shall comply with the applicable technical and functional performance criteria of Section 508 unless exempt. Specifically, the following applicable EIT accessibility standards have been identified.

## Section 508 Applicable EIT Accessibility Standards

36 CFR 1194.21 Software Applications and Operating Systems, applies to all EIT software applications and operating systems procured or developed under this work statement including but not limited to GOTS and COTS software. In addition, this standard is to be applied to Web-based applications when needed to fulfill the functional performance criteria. This standard also applies to some Web based applications as described within 36 CFR 1194.22.

36 CFR 1194.22 Web-based Intranet and Internet Information and Applications, applies to all Web-based deliverables, including documentation and reports procured or developed under this work statement. When any Web application uses a dynamic (non-static) interface, embeds custom user control(s), embeds video or multimedia, uses proprietary or technical approaches such as, but not limited to, Flash or Asynchronous Javascript and XML (AJAX) then 1194.21 Software standards also apply to fulfill functional performance criteria.

36 CFR 1194.24 Video and Multimedia Products, applies to all video and multimedia products that are procured or developed under this work statement. Any video or multimedia presentation shall also comply with the software standards (1194.21) when the presentation is through the use of a Web or Software application interface having user controls available.

36 CFR 1194.31 Functional Performance Criteria, applies to all EIT deliverables regardless of delivery method. All EIT deliverable shall use technical standards, regardless of technology, to fulfill the functional performance criteria.

36 CFR 1194.41 Information Documentation and Support, applies to all documents, reports, as well as help and support services. To ensure that documents and reports fulfill the required 1194.31 Functional Performance Criteria, they shall comply with the technical standard associated with Web-based Intranet and Internet Information and Applications at a minimum. In addition, any help or support provided in this work statement that offer telephone support, such as, but not limited to, a help desk shall have the ability to transmit and receive messages using TTY.

## Section 508 Applicable Exceptions

Exceptions for this work statement have been determined by DHS and only the exceptions described herein may be applied. Any request for additional exceptions shall be sent to the COTR and determination will be made in accordance with DHS MD 4010.2. DHS has identified the following exceptions that may apply: 36 CFR 1194.3(b) Incidental to Contract, all EIT that is exclusively owned and used by the contractor to fulfill this work statement does not require compliance with Section 508. This exception does not apply to any EIT deliverable, service or item that will be used by any Federal employee(s) or member(s) of the public. This exception only applies to those contractors assigned to fulfill the obligations of this work statement and for the purposes of this requirement, are not considered members of the public.

## Section 508 Compliance Requirements

36 CFR 1194.2(b) (COTS/GOTS products), When procuring a product, each agency shall procure products which comply with the provisions in this part when such products are available in the commercial marketplace or when such products are developed in response to a government

solicitation. Agencies cannot claim a product as a whole is not commercially available because no product in the marketplace meets all the standards. If products are commercially available that meet some but not all of the standards, the agency must procure the product that best meets the standards. When applying this standard, all procurements of EIT shall have documentation of market research that identify a list of products or services that first meet the agency business needs, and from that list of products or services, an analysis that the selected product met more of the accessibility requirements than the non-selected products as required by FAR 39.2. Any selection of a product or service that meets less accessibility standards due to a significant difficulty or expense shall only be permitted under an undue burden claim and requires authorization from the DHS Office of Accessible Systems and Technology (OAST) in accordance with DHS MD 4010.2.

All tasks for testing of functional and/or technical requirements must include specific testing for Section 508 compliance and must use DHS Office of Accessible Systems and Technology approved testing methods and tools. For information about approved testing methods and tools send an email to accessibility@dhs.gov

## 25.0    Performance Management and Service Level Requirement

This BPA utilizes performance management and service level requirements, which will be established at the order level.

## 26.0    FAR CLAUSES

## FAR 52.252-2 Clauses Incorporated by Reference (FEB 1998)

This BPA incorporates one or more clauses by reference, with the same force and effect as if they were given in full text.  Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at the following web addresses:

http://acquisition.gov/far/index.html

The following clauses are incorporated by reference:

| CLAUSE | TITLE | DATE |
|---|---|---|
| 52.203-12 | Limitation on Payments to Influence Certain Federal Transactions | Jun 2020 |
| 52.204-2 | Security Requirements | Mar 2021 |
| 52.204-9 | Personal Identity Verification of Contractor Personnel | Jan 2011 |
| 52.204-14 | Service Contract Reporting Requirements | Oct 2016 |
| 52.204-23 | Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab and Other Covered Entities | Dec 2023 |
| 52.212-4 | Contract Terms and Conditions-Commercial Items | Nov 2023 |
| 52.212-4 | Contract Terms and Conditions-Commercial Items (Alternate I) | Nov 2021 |
| 52.212-5 | Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items. | Jan 2025 |
| 52.239-1 | Privacy or Security Safeguards | Aug 1996 |
| 52.242-3 | Penalties for Unallowable Costs | Dec 2022 |
| 52.245-1 | Government Property | Sep 2021 |
| 52.245-9 | Use and Charges | Apr 2012 |
| 52.246-25 | Limitation of Liability—Services | Feb 1997 |
| 52.247-35 | F.O.B. Destination, Within Consignee's Premises | Apr 1984 |
| 552.238-115 | Special Ordering Procedures for the Acquisition of Order-Level Materials | Sep 2024 |

**FAR 52.217-8 Option to Extend Services (NOV 1999)**
The Government may require continued performance of any services within the limits and at the rates specified in the BPA. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within **seven (7) days before BPA expiration**.

(End of Clause)

**FAR 52.217-9 Option to Extend the term of the Contract (MAR 2000)**
(a) The Government may extend the term of this BPA by written notice to the Contractor within **seven (7) days before BPA expiration**; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least **fourteen (14) days before BPA expiration.** The preliminary notice does not commit the Government to an extension.
(b) If the Government exercises this option, the extended BPA shall be considered to include this option clause.
(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 5 years.

(End of Clause)

**52.224-3 Privacy Training – Alternate I (DEVIATION)**

(a) *Definition.* As used in this clause, personally identifiable information means information that can be used to distinguish or trace an individual's identity, either alone or when combined with other information that is linked or linkable to a specific individual. (See Office of Management and Budget (OMB) Circular A–130, Managing Federal Information as a Strategic Resource).

(b) The Contractor shall ensure that initial privacy training, and annual privacy training thereafter, is completed by contractor employees who—

    (1) Have access to a system of records;

    (2) Create, collect, use, process, store, maintain, disseminate, disclose, dispose, or otherwise handle personally identifiable information on behalf of an agency; or

    (3) Design, develop, maintain, or operate a system of records (see also FAR subpart 24.1 and 39.105).

(c) The contracting agency will provide initial privacy training, and annual privacy training thereafter, to Contractor employees for the duration of this contract. Contractor employees shall satisfy this requirement by completing *Privacy at DHS: Protecting Personal Information* accessible at *http://www.dhs.gov/dhs-security-and-training-requirements-contractors*. Training shall be completed within 30 days of contract award and be completed on an annual basis thereafter not later than October 31st of each year.

(d) The Contractor shall maintain and, upon request, provide documentation of completion of privacy training to the Contracting Officer.

(e) The Contractor shall not allow any employee access to a system of records, or permit any employee to create, collect, use, process, store, maintain, disseminate, disclose, dispose or otherwise handle personally identifiable information, or to design, develop, maintain, or operate a system of records unless the employee has completed privacy training, as required by this clause.

(f) The substance of this clause, including this paragraph (f), shall be included in all subcontracts under this contract, when subcontractor employees will—

    (1) Have access to a system of records;

    (2) Create, collect, use, process, store, maintain, disseminate, disclose, dispose, or otherwise handle personally identifiable information; or

    (3) Design, develop, maintain, or operate a system of records.

(End of clause)

**27.0    Homeland Security Acquisition regulation (HSAR) Clauses**

This BPA incorporates one or more HSAR clauses by reference, with the same force and effect as if they were given in full text.  Upon request, the CO will make their full text available.  Also, the full text of a clause may be accessed electronically at the following web addresses:

https://www.dhs.gov/publication/hsar

The following clauses are incorporated by reference:

| CLAUSE | TITLE | DATE |
|---|---|---|
| 3052.203-70 | Instructions for Contractor Disclosure of Violations | SEP 2012 |
| 3052.205-70 | Advertisements, Publicizing Awards, and Release – Alternate I | SEP 2012 |
| 3052.222-70 | Strikes or Picketing Affecting Timely Completion of the Contract Work | DEC 2003 |
| 3052.222-71 | Strikes or Picketing Affecting Access to a DHS Facility | DEC 2003 |
| 3052.228-70 | Insurance | DEC 2003 |
| 3052.242-72 | Contracting Officer's Representative | DEC 2003 |

**3052.204-71 Contractor employee access.**

Contractor Employee Access (JUL 2023)

    (a) *Controlled Unclassified Information (CUI)* is any information the Government creates or possesses, or an entity creates or possesses for or on behalf of the Government (other than classified information) that a law, regulation, or Governmentwide policy requires or permits an agency to handle using safeguarding or dissemination controls. This definition includes the following CUI categories and subcategories of information:

        (1) Chemical-terrorism Vulnerability Information (CVI) as defined in 6 CFR part 27, "Chemical Facility Anti-Terrorism Standards," and as further described in supplementary guidance issued by an authorized official of the Department of Homeland Security (including the Revised Procedural Manual "Safeguarding Information Designated as Chemical-Terrorism Vulnerability Information" dated September 2008);

        (2) Protected Critical Infrastructure Information (PCII) as set out in the Critical Infrastructure Information Act of 2002 (title XXII, subtitle B of the Homeland Security Act of 2002 as amended through Pub. L. 116–283), PCII's implementing regulations (6 CFR part 29), the PCII Program Procedures Manual, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security, the PCII Program Manager, or a PCII Program Manager Designee;

(3) Sensitive Security Information (SSI) as defined in 49 CFR part 1520, "Protection of Sensitive Security Information," as amended, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security (including the Assistant Secretary for the Transportation Security Administration or designee), including Department of Homeland Security MD 11056.1, "Sensitive Security Information (SSI)" and, within the Transportation Security Administration, TSA MD 2810.1, "SSI Program";

(4) Homeland Security Agreement Information means information the Department of Homeland Security receives pursuant to an agreement with State, local, Tribal, territorial, or private sector partners that is required to be protected by that agreement. The Department receives this information in furtherance of the missions of the Department, including, but not limited to, support of the Fusion Center Initiative and activities for cyber information sharing consistent with the Cybersecurity Information Sharing Act of 2015;

(5) Homeland Security Enforcement Information means unclassified information of a sensitive nature lawfully created, possessed, or transmitted by the Department of Homeland Security in furtherance of its immigration, customs, and other civil and criminal enforcement missions, the unauthorized disclosure of which could adversely impact the mission of the Department;

(6) International Agreement Information means information the Department of Homeland Security receives that is required to be protected by an information sharing agreement or arrangement with a foreign government, an international organization of governments or any element thereof, an international or foreign public or judicial body, or an international or foreign private or non-governmental organization;

(7) Information Systems Vulnerability Information (ISVI) means:

(i) Department of Homeland Security information technology (IT) systems data revealing infrastructure used for servers, desktops, and networks; applications name, version, and release; switching, router, and gateway information; interconnections and access methods; and mission or business use/need. Examples of ISVI are systems inventories and enterprise architecture models. Information pertaining to national security systems and eligible for classification under Executive Order 13526 will be classified as appropriate; and/or

(ii) Information regarding developing or current technology, the release of which could hinder the objectives of the Department, compromise a technological advantage or countermeasure, cause a denial of service, or provide an adversary with sufficient information to clone, counterfeit, or circumvent a process or system;

(8) Operations Security Information means Department of Homeland Security information that could be collected, analyzed, and exploited by a foreign adversary to identify intentions, capabilities, operations, and vulnerabilities that threaten operational security for the missions of the Department;

(9) Personnel Security Information means information that could result in physical risk to Department of Homeland Security personnel or other individuals whom the Department is responsible for protecting;

(10) Physical Security Information means reviews or reports illustrating or disclosing facility infrastructure or security vulnerabilities related to the protection of Federal buildings, grounds, or property. For example, threat assessments, system security plans, contingency plans, risk management plans, business impact analysis studies, and certification and accreditation documentation;

(11) Privacy Information includes both Personally Identifiable Information (PII) and Sensitive Personally Identifiable Information (SPII). PII refers to information that can be used to distinguish or trace an individual's identity, either alone, or when combined with other information that is linked or linkable to a specific individual; and SPII is a subset of PII that if lost, compromised, or disclosed without authorization could result in substantial harm, embarrassment, inconvenience, or unfairness to an individual. To determine whether information is PII, DHS will perform an assessment of the specific risk that an individual can be identified using the information with other information that is linked or linkable to the individual. In performing this assessment, it is important to recognize that information that is not PII can become PII whenever additional information becomes available, in any medium or from any source, that would make it possible to identify an individual. Certain data elements are particularly sensitive and may alone present an increased risk of harm to the individual.

(i) Examples of stand-alone PII that are particularly sensitive include: Social Security numbers (SSNs), driver's license or State identification numbers, Alien Registration Numbers (A-numbers), financial account numbers, and biometric identifiers.

(ii) Multiple pieces of information may present an increased risk of harm to the individual when combined, posing an increased risk of harm to the individual. SPII may also consist of any grouping of information that contains an individual's name or other unique identifier plus one or more of the following elements:

(A) Truncated SSN (such as last 4 digits);

(B) Date of birth (month, day, and year);

(C) Citizenship or immigration status;

(D) Ethnic or religious affiliation;

(E) Sexual orientation;

(F) Criminal history;

(G) Medical information; and

(H) System authentication information, such as mother's birth name, account passwords, or personal identification numbers (PINs).

(iii) Other PII that may present an increased risk of harm to the individual depending on its context, such as a list of employees and their performance ratings or an unlisted home address or phone number. The context includes the purpose for which the PII was collected, maintained, and used. This assessment is critical because the same information in different contexts can reveal additional information about the impacted individual.

(b) *Information Resources* means information and related resources, such as personnel, equipment, funds, and information technology.

(c) Contractor employees working on this contract must complete such forms as may be necessary for security or other reasons, including the conduct of background investigations to determine suitability. Completed forms shall be submitted as directed by the Contracting Officer. Upon the Contracting Officer's request, the Contractor's employees shall be fingerprinted or subject to other investigations as required. All Contractor employees requiring recurring access to government facilities or access to CUI or information resources are required to have a favorably adjudicated background investigation prior to commencing work on this contract unless this requirement is waived under departmental procedures.

(d) The Contracting Officer may require the Contractor to prohibit individuals from working on the contract if the Government deems their initial or continued employment contrary to the public interest for any reason, including, but not limited to, carelessness, insubordination, incompetence, or security concerns.

(e) Work under this contract may involve access to CUI. The Contractor shall access and use CUI only for the purpose of furnishing advice or assistance directly to the Government in support of the Government's activities, and shall not disclose, orally or in writing, CUI for any other purpose to any person unless authorized in writing by the Contracting Officer. For those Contractor employees authorized to access CUI, the Contractor shall ensure that these persons receive initial and refresher training concerning the protection and disclosure of CUI. Initial training shall be completed within 60 days of contract award and refresher training shall be completed every 2 years thereafter.

(f) The Contractor shall include this clause in all subcontracts at any tier where the subcontractor may have access to government facilities, CUI, or information resources.

(End of clause)

*Alternate I* (JUL 2023)

When the contract will require Contractor employees to have access to information resources, add the following paragraphs:

(g) Before receiving access to information resources under this contract, the individual must complete a security briefing; additional training for specific categories of CUI, if identified in the

contract; and any nondisclosure agreement furnished by DHS. The Contracting Officer's Representative (COR) will arrange the security briefing and any additional training required for specific categories of CUI.

(h) The Contractor shall have access only to those areas of DHS information resources explicitly stated in this contract or approved by the COR in writing as necessary for performance of the work under this contract. Any attempts by Contractor personnel to gain access to any information resources not expressly authorized by the terms and conditions in this contract, or as approved in writing by the COR, are strictly prohibited. In the event of violation of this provision, DHS will take appropriate actions with regard to the contract and the individual(s) involved.

(i) Contractor access to DHS networks from a remote location is a temporary privilege for mutual convenience while the Contractor performs business for DHS. It is not a right, a guarantee of access, a condition of the contract, or government-furnished equipment (GFE).

(j) Contractor access will be terminated for unauthorized use. The Contractor agrees to hold and save DHS harmless from any unauthorized use and agrees not to request additional time or money under the contract for any delays resulting from unauthorized use or access.

(k) Non-U.S. citizens shall not be authorized to access or assist in the development, operation, management, or maintenance of Department IT systems under the contract, unless a waiver has been granted by the Head of the Component or designee, with the concurrence of both the Department's Chief Security Officer (CSO) and the Chief Information Officer (CIO) or their designees. Within DHS Headquarters, the waiver may be granted only with the approval of both the CSO and the CIO or their designees. In order for a waiver to be granted:

(1) There must be a compelling reason for using this individual as opposed to a U.S. citizen; and

(2) The waiver must be in the best interest of the Government.

(l) Contractors shall identify in their proposals the names and citizenship of all non-U.S. citizens proposed to work under the contract. Any additions or deletions of non-U.S. citizens after contract award shall also be reported to the Contracting Officer.

(End of clause)

**3052.204-72 Safeguarding of controlled unclassified information.**

Safeguarding of Controlled Unclassified Information (JUL 2023)

(a) *Definitions.* As used in this clause—

*Adequate Security* means security protections commensurate with the risk resulting from the unauthorized access, use, disclosure, disruption, modification, or destruction of information. This includes ensuring that information hosted on behalf of an agency and information systems and

applications used by the agency operate effectively and provide appropriate confidentiality, integrity, and availability protections through the application of cost-effective security controls.

*Controlled Unclassified Information (CUI)* is any information the Government creates or possesses, or an entity creates or possesses for or on behalf of the Government (other than classified information) that a law, regulation, or Governmentwide policy requires or permits an agency to handle using safeguarding or dissemination controls. This definition includes the following CUI categories and subcategories of information:

(1) Chemical-terrorism Vulnerability Information (CVI) as defined in 6 CFR part 27, "Chemical Facility Anti-Terrorism Standards," and as further described in supplementary guidance issued by an authorized official of the Department of Homeland Security (including the Revised Procedural Manual "Safeguarding Information Designated as Chemical-Terrorism Vulnerability Information" dated September 2008);

(2) Protected Critical Infrastructure Information (PCII) as set out in the Critical Infrastructure Information Act of 2002 (title XXII, subtitle B of the Homeland Security Act of 2002 as amended through Public Law 116–283), PCII's implementing regulations (6 CFR part 29), the PCII Program Procedures Manual, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security, the PCII Program Manager, or a PCII Program Manager Designee;

(3) Sensitive Security Information (SSI) as defined in 49 CFR part 1520, "Protection of Sensitive Security Information," as amended, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security (including the Assistant Secretary for the Transportation Security Administration or designee), including Department of Homeland Security MD 11056.1, "Sensitive Security Information (SSI)" and, within the Transportation Security Administration, TSA MD 2810.1, "SSI Program";

(4) Homeland Security Agreement Information means information the Department of Homeland Security receives pursuant to an agreement with State, local, Tribal, territorial, or private sector partners that is required to be protected by that agreement. The Department receives this information in furtherance of the missions of the Department, including, but not limited to, support of the Fusion Center Initiative and activities for cyber information sharing consistent with the Cybersecurity Information Sharing Act of 2015;

(5) Homeland Security Enforcement Information means unclassified information of a sensitive nature lawfully created, possessed, or transmitted by the Department of Homeland Security in furtherance of its immigration, customs, and other civil and criminal enforcement missions, the unauthorized disclosure of which could adversely impact the mission of the Department;

(6) International Agreement Information means information the Department of Homeland Security receives that is required to be protected by an information sharing agreement or arrangement with a foreign government, an international organization of governments or any element thereof, an international or foreign public or judicial body, or an international or foreign private or non-governmental organization;

(7) Information Systems Vulnerability Information (ISVI) means:

(i) Department of Homeland Security information technology (IT) systems data revealing infrastructure used for servers, desktops, and networks; applications name, version, and release; switching, router, and gateway information; interconnections and access methods; and mission or business use/need. Examples of ISVI are systems inventories and enterprise architecture models. Information pertaining to national security systems and eligible for classification under Executive Order 13526 will be classified as appropriate; and/or

(ii) Information regarding developing or current technology, the release of which could hinder the objectives of the Department, compromise a technological advantage or countermeasure, cause a denial of service, or provide an adversary with sufficient information to clone, counterfeit, or circumvent a process or system;

(8) Operations Security Information means Department of Homeland Security information that could be collected, analyzed, and exploited by a foreign adversary to identify intentions, capabilities, operations, and vulnerabilities that threaten operational security for the missions of the Department;

(9) Personnel Security Information means information that could result in physical risk to Department of Homeland Security personnel or other individuals whom the Department is responsible for protecting;

(10) Physical Security Information means reviews or reports illustrating or disclosing facility infrastructure or security vulnerabilities related to the protection of Federal buildings, grounds, or property. For example, threat assessments, system security plans, contingency plans, risk management plans, business impact analysis studies, and certification and accreditation documentation;

(11) Privacy Information includes both Personally Identifiable Information (PII) and Sensitive Personally Identifiable Information (SPII). PII refers to information that can be used to distinguish or trace an individual's identity, either alone, or when combined with other information that is linked or linkable to a specific individual; and SPII is a subset of PII that if lost, compromised, or disclosed without authorization could result in substantial harm, embarrassment, inconvenience, or unfairness to an individual. To determine whether information is PII, the DHS will perform an assessment of the specific risk that an individual can be identified using the information with other information that is linked or linkable to the individual. In performing this assessment, it is important to recognize that information that is not PII can become PII whenever additional information becomes available, in any medium or from any source, that would make it possible to identify an individual. Certain data elements are particularly sensitive and may alone present an increased risk of harm to the individual.

(i) Examples of stand-alone PII that are particularly sensitive include: Social Security numbers (SSNs), driver's license or State identification numbers, Alien Registration Numbers (A-numbers), financial account numbers, and biometric identifiers.

(ii) Multiple pieces of information may present an increased risk of harm to the individual when combined, posing an increased risk of harm to the individual. SPII may also consist of any grouping of information that contains an individual's name or other unique identifier plus one or more of the following elements:

    (A) Truncated SSN (such as last 4 digits);

    (B) Date of birth (month, day, and year);

    (C) Citizenship or immigration status;

    (D) Ethnic or religious affiliation;

    (E) Sexual orientation;

    (F) Criminal history;

    (G) Medical information; and

    (H) System authentication information, such as mother's birth name, account passwords, or personal identification numbers (PINs).

(iii) Other PII that may present an increased risk of harm to the individual depending on its context, such as a list of employees and their performance ratings or an unlisted home address or phone number. The context includes the purpose for which the PII was collected, maintained, and used. This assessment is critical because the same information in different contexts can reveal additional information about the impacted individual.

*Federal information* means information created, collected, processed, maintained, disseminated, disclosed, or disposed of by or for the Federal Government, in any medium or form.

*Federal information system* means an information system used or operated by an agency or by a Contractor of an agency or by another organization on behalf of an agency.

*Handling* means any use of controlled unclassified information, including but not limited to marking, safeguarding, transporting, disseminating, re-using, storing, capturing, and disposing of the information.

*Incident* means an occurrence that—

    (1) Actually or imminently jeopardizes, without lawful authority, the integrity, confidentiality, or availability of information or an information system; or

    (2) Constitutes a violation or imminent threat of violation of law, security policies, security procedures, or acceptable use policies.

*Information Resources* means information and related resources, such as personnel, equipment, funds, and information technology.

*Information Security* means protecting information and information systems from unauthorized access, use, disclosure, disruption, modification, or destruction in order to provide—

(1) Integrity, which means guarding against improper information modification or destruction, and includes ensuring information nonrepudiation and authenticity;

(2) Confidentiality, which means preserving authorized restrictions on access and disclosure, including means for protecting personal privacy and proprietary information; and

(3) Availability, which means ensuring timely and reliable access to and use of information.

*Information System* means a discrete set of information resources organized for the collection, processing, maintenance, use, sharing, dissemination, or disposition of information.

(b) *Handling of Controlled Unclassified Information.*

(1) Contractors and subcontractors must provide adequate security to protect CUI from unauthorized access and disclosure. Adequate security includes compliance with DHS policies and procedures in effect at the time of contract award. These policies and procedures are accessible at *https://www.dhs.gov/dhs-security-and-training-requirements-contractors.*

(2) The Contractor shall not use or redistribute any CUI handled, collected, processed, stored, or transmitted by the Contractor except as specified in the contract.

(3) The Contractor shall not maintain SPII in its invoicing, billing, and other recordkeeping systems maintained to support financial or other administrative functions. It is acceptable to maintain in these systems the names, titles, and contact information for the Contracting Officer's Representative (COR) or other government personnel associated with the administration of the contract, as needed.

(4) Any government data provided, developed, or obtained under the contract, or otherwise under the control of the Contractor, shall not become part of the bankruptcy estate in the event a Contractor and/or subcontractor enters bankruptcy proceedings.

(c) *Incident Reporting Requirements.*

(1) Contractors and subcontractors shall report all known or suspected incidents to the Component Security Operations Center (SOC) in accordance with Attachment F, *Incident Response,* to DHS Policy Directive 4300A *Information Technology System Security Program, Sensitive Systems.* If the Component SOC is not available, the Contractor shall report to the DHS Enterprise SOC. Contact information for the DHS Enterprise SOC is accessible at *https://www.dhs.gov/dhs-security-and-training-requirements-contractors.* Subcontractors are required to notify the prime Contractor that it has reported a known or suspected incident to the Department. Lower tier subcontractors are required to likewise notify their higher tier

subcontractor, until the prime contractor is reached. The Contractor shall also notify the Contracting Officer and COR using the contact information identified in the contract. If the report is made by phone, or the email address for the Contracting Officer or COR is not immediately available, the Contractor shall contact the Contracting Officer and COR immediately after reporting to the Component or DHS Enterprise SOC.

(2) All known or suspected incidents involving PII or SPII shall be reported within 1 hour of discovery. All other incidents shall be reported within 8 hours of discovery.

(3) CUI transmitted via email shall be protected by encryption or transmitted within secure communications systems. CUI shall be transmitted using a *FIPS 140–2/140–3 Security Requirements for Cryptographic Modules* validated cryptographic module identified on *https://csrc.nist.gov/projectscryptographic-module-validation-program/validated-modules.* When this is impractical or unavailable, for Federal information systems only, CUI may be transmitted over regular email channels. When using regular email channels, Contractors and subcontractors shall not include any CUI in the subject or body of any email. The CUI shall be included as a password-protected attachment with the password provided under separate cover, including as a separate email. Recipients of CUI information will comply with any email restrictions imposed by the originator.

(4) An incident shall not, by itself, be interpreted as evidence that the Contractor or Subcontractor has failed to provide adequate information security safeguards for CUI or has otherwise failed to meet the requirements of the contract.

(5) If an incident involves PII or SPII, in addition to the incident reporting guidelines in Attachment F, *Incident Response,* to DHS Policy Directive 4300A *Information Technology System Security Program, Sensitive Systems,* Contractors shall also provide as many of the following data elements that are available at the time the incident is reported, with any remaining data elements provided within 24 hours of submission of the initial incident report:

(i) Unique Entity Identifier (UEI);

(ii) Contract numbers affected unless all contracts by the company are affected;

(iii) Facility CAGE code if the location of the event is different than the prime Contractor location;

(iv) Point of contact (POC) if different than the POC recorded in the System for Award Management (address, position, telephone, and email);

(v) Contracting Officer POC (address, telephone, and email);

(vi) Contract clearance level;

(vii) Name of subcontractor and CAGE code if this was an incident on a subcontractor network;

(viii) Government programs, platforms, or systems involved;

(ix) Location(s) of incident;

(x) Date and time the incident was discovered;

(xi) Server names where CUI resided at the time of the incident, both at the Contractor and subcontractor level;

(xii) Description of the government PII or SPII contained within the system; and

(xiii) Any additional information relevant to the incident.

(d) *Incident Response Requirements.*

(1) All determinations by the Department related to incidents, including response activities, will be made in writing by the Contracting Officer.

(2) The Contractor shall provide full access and cooperation for all activities determined by the Government to be required to ensure an effective incident response, including providing all requested images, log files, and event information to facilitate rapid resolution of incidents.

(3) Incident response activities determined to be required by the Government may include, but are not limited to, the following:

(i) Inspections;

(ii) Investigations;

(iii) Forensic reviews;

(iv) Data analyses and processing; and

(v) Revocation of the Authority to Operate (ATO), if applicable.

(4) The Contractor shall immediately preserve and protect images of known affected information systems and all available monitoring/packet capture data. The monitoring/packet capture data shall be retained for at least 180 days from submission of the incident report to allow DHS to request the media or decline interest.

(5) The Government, at its sole discretion, may obtain assistance from other Federal agencies and/or third-party firms to aid in incident response activities.

(e) *Certificate of Sanitization of Government and Government-Activity-Related Files and Information.* Upon the conclusion of the contract by expiration, termination, cancellation, or as otherwise indicated in the contract, the Contractor shall return all CUI to DHS and/or destroy it physically and/or logically as identified in the contract unless the contract states that return and/or

destruction of CUI is not required. Destruction shall conform to the guidelines for media sanitization contained in NIST SP 800–88, *Guidelines for Media Sanitization.* The Contractor shall certify and confirm the sanitization of all government and government-activity related files and information. The Contractor shall submit the certification to the COR and Contracting Officer following the template provided in NIST SP 800–88, *Guidelines for Media Sanitization,* Appendix G.

(f) *Other Reporting Requirements.* Incident reporting required by this clause in no way rescinds the Contractor's responsibility for other incident reporting pertaining to its unclassified information systems under other clauses that may apply to its contract(s), or as a result of other applicable statutory or regulatory requirements, or other U.S. Government requirements.

(g) *Subcontracts.* The Contractor shall insert this clause in all subcontracts and require subcontractors to include this clause in all lower tier subcontracts when subcontractor employees will have access to CUI; CUI will be collected or maintained on behalf of the agency by a subcontractor; or a subcontractor information system(s) will be used to process, store, or transmit CUI.

(End of clause)

*Alternate I* (JUL 2023)

When Federal information systems, which include Contractor information systems operated on behalf of the agency, are used to collect, process, store, or transmit CUI, add the following paragraphs:

(h) *Authority to Operate.* The Contractor shall not collect, process, store, or transmit CUI within a Federal information system until an ATO has been granted by the Component or Headquarters CIO, or designee. Once the ATO has been granted by the Government, the Contracting Officer shall incorporate the ATO into the contract as a compliance document. Unless otherwise specified in the ATO letter, the ATO is valid for 3 years. An ATO is granted at the sole discretion of the Government and can be revoked at any time. Contractor receipt of an ATO does not create any contractual right of access or entitlement. The Government's grant of an ATO does not alleviate the Contractor's responsibility to ensure the information system controls are implemented and operating effectively.

(1) *Complete the Security Authorization process.* The Security Authorization (SA) process shall proceed according to DHS Policy Directive 4300A *Information Technology System Security Program, Sensitive Systems* (Version 13.3, February 13, 2023), or any successor publication; and the *Security Authorization Process Guide,* including templates. These policies and templates are accessible at *https://www.dhs.gov/dhs-security-and-training-requirements-contractors.*

(i) *Security Authorization Package.* The SA package shall be developed using the government-provided Security Requirements Traceability Matrix and SA templates. The SA package consists of the following: Security Plan, Contingency Plan, Contingency Plan Test Results, Configuration Management Plan, Security Assessment Plan, Security Assessment Report, and Authorization to Operate Letter. Additional documents that may be required include a Plan(s)

of Action and Milestones and Interconnection Security Agreement(s). The Contractor shall submit a signed copy of the SA package, validated by an independent third party, to the COR for review and approval by the Component or Headquarters CIO, or designee, at least 30 days prior to the date of operation of the information system. The Government is the final authority on the compliance of the SA package and may limit the number of resubmissions of modified documents.

(ii) *Independent Assessment.* Contractors shall have an independent third party validate the security and privacy controls in place for the information system(s). The independent third party shall review and analyze the SA package, and report on technical, operational, and management level deficiencies as outlined in NIST SP 800–53, *Security and Privacy Controls for Information Systems and Organizations,* or successor publication, accessible at *https://csrc.nist.gov/publications/sp.* The Contractor shall address all deficiencies before submitting the SA package to the COR for review.

(2) *Renewal of ATO.* Unless otherwise specified in the ATO letter, the Contractor shall renew the ATO every 3 years. The Contractor is required to update its SA package as part of the ATO renewal process for review and verification of security controls. Review and verification of security controls is independent of the system production date and may include onsite visits that involve physical or logical inspection of the Contractor environment to ensure controls are in place. The updated SA package shall be submitted for review and approval by the Component or Headquarters CIO, or designee, at least 90 days before the ATO expiration date. The Contractor shall update its SA package by one of the following methods:

(i) Updating the SA package in the DHS Information Assurance Compliance System;

or

(ii) Submitting the updated SA package directly to the COR.

(3) *Security Review.* The Government may elect to conduct periodic reviews to ensure that the security requirements contained in the contract are being implemented and enforced. The Government, at its sole discretion, may obtain assistance from other Federal agencies and/or third-party firms to aid in security review activities. The Contractor shall afford DHS, the Office of the Inspector General, other government organizations, and Contractors working in support of the Government access to the Contractor's facilities, installations, operations, documentation, databases, networks, systems, and personnel used in the performance of this contract. The Contractor shall, through the Contracting Officer and COR, contact the Component or Headquarters CIO, or designee, to coordinate and participate in review and inspection activity by government organizations external to DHS. Access shall be provided, to the extent necessary as determined by the Government (including providing all requested images), for the Government to carry out a program of inspection, investigation, and audit to safeguard against threats and hazards to the integrity, availability, and confidentiality of government data or the function of computer systems used in performance of this contract and to preserve evidence of computer crime.

(4) *Federal Reporting and Continuous Monitoring Requirements.* Contractors operating information systems on behalf of the Government shall comply with Federal reporting and

information system continuous monitoring requirements. Reporting requirements are determined by the Government and are defined in the Fiscal Year 2015 DHS Information Security Performance Plan, or successor publication, accessible at *https://www.dhs.gov/dhs-security-and-training-requirements-contractors.* The plan is updated on an annual basis. Annual, quarterly, and monthly data collection will be coordinated by the Government. The Contractor shall provide the Government with all information to fully satisfy Federal reporting requirements for information systems. The Contractor shall provide the COR with requested information within 3 business days of receipt of the request. Unless otherwise specified in the contract, monthly continuous monitoring data shall be stored at the Contractor's location for a period not less than 1 year from the date the data are created. The Government may elect to perform information system continuous monitoring and IT security scanning of information systems from government tools and infrastructure.

(End of clause)

### 3052.204-73 Notification and credit monitoring requirements for Personally Identifiable Information incidents.

3052.204–73 Notification and Credit Monitoring Requirements for Personally Identifiable Information Incidents (JUL 2023)

(a) *Definitions.* Privacy Information includes both Personally Identifiable Information (PII) and Sensitive Personally Identifiable Information (SPII). PII refers to information that can be used to distinguish or trace an individual's identity, either alone, or when combined with other information that is linked or linkable to a specific individual; and SPII is a subset of PII that if lost, compromised, or disclosed without authorization could result in substantial harm, embarrassment, inconvenience, or unfairness to an individual. To determine whether information is PII, the DHS will perform an assessment of the specific risk that an individual can be identified using the information with other information that is linked or linkable to the individual. In performing this assessment, it is important to recognize that information that is not PII can become PII whenever additional information becomes available, in any medium or from any source, that would make it possible to identify an individual. Certain data elements are particularly sensitive and may alone present an increased risk of harm to the individual.

(1) Examples of stand-alone PII that are particularly sensitive include: Social Security numbers (SSNs), driver's license or State identification numbers, Alien Registration Numbers (A-numbers), financial account numbers, and biometric identifiers.

(2) Multiple pieces of information may present an increased risk of harm to the individual when combined, posing an increased risk of harm to the individual. SPII may also consist of any grouping of information that contains an individual's name or other unique identifier plus one or more of the following elements:

(i) Truncated SSN (such as last 4 digits);

(ii) Date of birth (month, day, and year);

(iii) Citizenship or immigration status;

(iv) Ethnic or religious affiliation;

(v) Sexual orientation;

(vi) Criminal history;

(vii) Medical information; and

(viii) System authentication information, such as mother's birth name, account passwords, or personal identification numbers (PINs).

(3) Other PII that may present an increased risk of harm to the individual depending on its context, such as a list of employees and their performance ratings or an unlisted home address or phone number. The context includes the purpose for which the PII was collected, maintained, and used. This assessment is critical because the same information in different contexts can reveal additional information about the impacted individual.

(b) *PII and SPII Notification Requirements.*

(1) No later than 5 business days after being directed by the Contracting Officer, or as otherwise required by applicable law, the Contractor shall notify any individual whose PII or SPII was either under the control of the Contractor or resided in an information system under control of the Contractor at the time the incident occurred. The method and content of any notification by the Contractor shall be coordinated with, and subject to prior written approval by, the Contracting Officer. The Contractor shall not proceed with notification unless directed in writing by the Contracting Officer.

(2) All determinations by the Department related to notifications to affected individuals and/or Federal agencies and related services (*e.g.,* credit monitoring) will be made in writing by the Contracting Officer.

(3) Subject to government analysis of the incident and direction to the Contractor regarding any resulting notification, the notification method may consist of letters to affected individuals sent by first-class mail, electronic means, or general public notice, as approved by the Government. Notification may require the Contractor's use of address verification and/or address location services. At a minimum, the notification shall include:

(i) A brief description of the incident;

(ii) A description of the types of PII or SPII involved;

(iii) A statement as to whether the PII or SPII was encrypted or protected by other means;

(iv) Steps individuals may take to protect themselves;

(v) What the Contractor and/or the Government are doing to investigate the incident, mitigate the incident, and protect against any future incidents; and

(vi) Information identifying who individuals may contact for additional information.

(c) *Credit Monitoring Requirements.* The Contracting Officer may direct the Contractor to:

(1) Provide notification to affected individuals as described in paragraph (b).

(2) Provide credit monitoring services to individuals whose PII or SPII was under the control of the Contractor or resided in the information system at the time of the incident for a period beginning the date of the incident and extending not less than 18 months from the date the individual is notified. Credit monitoring services shall be provided from a company with which the Contractor has no affiliation. At a minimum, credit monitoring services shall include:

(i) Triple credit bureau monitoring;

(ii) Daily customer service;

(iii) Alerts provided to the individual for changes and fraud; and

(iv) Assistance to the individual with enrollment in the services and the use of fraud alerts.

(3) Establish a dedicated call center. Call center services shall include:

(i) A dedicated telephone number to contact customer service within a fixed period;

(ii) Information necessary for registrants/enrollees to access credit reports and credit scores;

(iii) Weekly reports on call center volume, issue escalation (*i.e.,* those calls that cannot be handled by call center staff and must be resolved by call center management or DHS, as appropriate), and other key metrics;

(iv) Escalation of calls that cannot be handled by call center staff to call center management or DHS, as appropriate;

(v) Customized Frequently Asked Questions, approved in writing by the Contracting Officer in coordination with the Component or Headquarters Privacy Officer; and

(vi) Information for registrants to contact customer service representatives and fraud resolution representatives for credit monitoring assistance.

(End of clause)

**HSAR 3052.215-70 Key Personnel or Facilities (DEC 2003)**

(a) The personnel or facilities specified below are considered essential to the work being performed under this contract and may, with the consent of the contracting parties, be changed from time to time during the course of the contract by adding or deleting personnel or facilities, as appropriate.

(b) Before removing or replacing any of the specified individuals or facilities, the Contractor shall notify the Contracting Officer, in writing, before the change becomes effective. The Contractor shall submit sufficient information to support the proposed action and to enable the Contracting Officer to evaluate the potential impact of the change on this contract. The Contractor shall not remove or replace personnel or facilities until the Contracting Officer approves the change.

The Key Personnel at the BPA level is limited to the: **Program Manager**

(See Section 5.1 of the Statement of Work).

All other Key Personnel will be identified at the Order level, if applicable.

(End of clause)

**DHS Special Clause HSAR Class Deviation 15-01, Revision 1**

**INFORMATION TECHNOLOGY SECURITY AWARENESS TRAINING (JULY 2023)**

(a) Applicability. This clause applies to the Contractor, its subcontractors, and Contractor employees (hereafter referred to collectively as "Contractor"). The Contractor shall insert the substance of this clause in all subcontracts.

(b) Security Training Requirements.

(1) All users of Federal information systems are required by Title 5, Code of Federal Regulations, Part 930.301, Subpart C, as amended, to be exposed to security awareness materials annually or whenever system security changes occur, or when the user's responsibilities change. The Department of Homeland Security (DHS) requires that Contractor employees take an annual Information Technology Security Awareness Training course before accessing sensitive information under the contract. Unless otherwise specified, the training shall be completed within thirty (30) days of contract award and be completed on an annual basis thereafter not later than October 31st of each year. Any new Contractor employees assigned to the contract shall complete the training before accessing sensitive information under the contract. The training is accessible at http://www.dhs.gov/dhs-security-and-training-requirements-contractors. The Contractor shall maintain copies of training certificates for all Contractor and subcontractor employees as a record of compliance. Unless otherwise specified, initial training certificates for each Contractor and subcontractor employee shall be provided to the Contracting Officer's Representative (COR) not

later than thirty (30) days after contract award. Subsequent training certificates to satisfy the annual training requirement shall be submitted to the COR via e-mail notification not later than October 31st of each year. The e-mail notification shall state the required training has been completed for all Contractor and subcontractor employees.

(2) The DHS Rules of Behavior apply to every DHS employee, Contractor and subcontractor that will have access to DHS systems and sensitive information. The DHS Rules of Behavior shall be signed before accessing DHS systems and sensitive information. The DHS Rules of Behavior is a document that informs users of their responsibilities when accessing DHS systems and holds users accountable for actions taken while accessing DHS systems and using DHS Information Technology resources capable of inputting, storing, processing, outputting, and/or transmitting sensitive information. The DHS Rules of Behavior is accessible at http://www.dhs.gov/dhs-security-and-training-requirements-contractors. Unless otherwise specified, the DHS Rules of Behavior shall be signed within thirty (30) days of contract award. Any new Contractor employees assigned to the contract shall also sign the DHS Rules of Behavior before accessing DHS systems and sensitive information. The Contractor shall maintain signed copies of the DHS Rules of Behavior for all Contractor and subcontractor employees as a record of compliance. Unless otherwise specified, the Contractor shall e-mail copies of the signed DHS Rules of Behavior to the COR not later than thirty (30) days after contract award for each employee. The DHS Rules of Behavior will be reviewed annually, and the COR will provide notification when a review is required.

(End of clause)

**28.0    FAR Solicitation Provisions**

**FAR 52.252-1 Solicitation Provisions Incorporated by Reference (FEB 1998)**

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The quoter is cautioned that the listed provisions may include blocks that must be completed by the quoter and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the quoter may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(s):

http://acquisition.gov/far/index.html

The following solicitation provisions are incorporated by reference:

| PROVISION | TITLE | DATE |
|-----------|-------|------|
| 52.203-11 | Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions | Sept 2007 |
| 52.212-1 | Instructions to Offerors - Commercial Items | Oct 2018 |
| 52.212-3 | Offeror Representations and Certifications-Commercial Items | Dec 2019 |
| 52.217-5 | Evaluation of Options | July 1990 |
| 52.222-11 | Subcontracts (Labor Standards) | May 2014 |
| 52.222-12 | Contract Termination—Debarment | May 2014 |
| 52.244-6 | Subcontracts for Commercial Products and Commercial Services | Jan 2025 |

The following solicitation provisions are incorporated in full text.

In accordance with Executive Orders (EO) 14173 and 14168 and FAR Class Deviation 25-01, system updates may lag policy updates. The System for Award Management (SAM) may continue to require entities to complete representations based on provisions that are not included in agency solicitations. Examples include 52.222-25, Affirmative Action Compliance, and paragraph (d) of 52.212-3, Offeror Representations and Certifications—Commercial Products and Commercial Services. Additional examples include 52.212-5, Contract Terms and Conditions Required To Implement Statutes or Executive Orders—Commercial Products and Commercial Services, and 52.213-4, Terms and Conditions—Simplified Acquisitions (Other Than Commercial Products and Commercial Services).

In accordance with Executive Orders (EO) 14148 and 14208 and FAR Class Deviation 25-03, System updates may lag policy updates.  The System for Award Management (SAM) may continue to require entities to complete representations based on provisions that are not included in agency solicitations, including 52.223-22, Public Disclosure of Greenhouse Gas Emissions and

Reduction Goals—Representation, and paragraph (t) of 52.212-3, Offeror Representations and Certifications—Commercial Products and Commercial Services.  Components shall not consider or use these representations.

Contracting officers will not consider the following representations when making award decisions or enforce requirements:

- Paragraph (d) and (t) of 52.212-3, Offeror Representations and Certifications—Commercial Products and Commercial Services;
- Paragraphs (b)(33), (b)(34), (e)(1)(ix), and (e)(1)(x) of 52.212-5, Contract Terms and Conditions Required To Implement Statutes or Executive Orders—Commercial Products and Commercial Services; Additionally, per deviation 25-03, in paragraph (b)(46), E.O. 14057 does not apply;
- Paragraphs (e)(1)(ii)(I) and (e)(1)(ii)(J) of Alternate II of 52.212-5, Contract Terms and Conditions Required To Implement Statutes or Executive Orders—Commercial Products and Commercial Services; and
- Paragraphs (a)(1)(vii) and (a)(1)(viii) of 52.213-4, Terms and Conditions—Simplified Acquisitions (Other Than Commercial Products and Commercial Services). Additionally, per deviation 25-03, in paragraph (b)(1)(xvii), E.O. 14057 does not apply.

Entities are not required to, nor are they able to, update their entity registration to remove these representations in SAM.

### 52.204-24     Representation Regarding Certain Telecommunications and Video Surveillance Services or Equipment (NOV 2021)

The Offeror shall not complete the representation at paragraph (d)(1) of this provision if the Offeror has represented that it "does not provide covered telecommunications equipment or services as a part of its offered products or services to the Government in the performance of any contract, subcontract, or other contractual instrument" in paragraph (c)(1) in the provision at 52.204-26, Covered Telecommunications Equipment or Services—Representation, or in paragraph (v)(2)(i) of the provision at 52.212-3, Offeror Representations and Certifications-Commercial Products or Commercial Services. The Offeror shall not complete the representation in paragraph (d)(2) of this provision if the Offeror has represented that it "does not use covered telecommunications equipment or services, or any equipment, system, or service that uses covered telecommunications equipment or services" in paragraph (c)(2) of the provision at 52.204-26, or in paragraph (v)(2)(ii) of the provision at 52.212-3.

(a) *Definitions.* As used in this provision—

*Backhaul, covered telecommunications equipment or services, critical technology, interconnection arrangements, reasonable inquiry, roaming,* and *substantial or essential component* have the meanings provided in the clause 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment.

(b) *Prohibition.*

(1) Section 889(a)(1)(A) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2019, from procuring or obtaining, or extending or renewing a contract to procure or obtain, any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. Nothing in the prohibition shall be construed to—

(i) Prohibit the head of an executive agency from procuring with an entity to provide a service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

(ii) Cover telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(2) Section 889(a)(1)(B) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2020, from entering into a contract or extending or renewing a contract with an entity that uses any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. This prohibition applies to the use of covered telecommunications equipment or services, regardless of whether that use is in performance of work under a Federal contract. Nothing in the prohibition shall be construed to—

(i) Prohibit the head of an executive agency from procuring with an entity to provide a service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

(ii) Cover telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(c) *Procedures.* The Offeror shall review the list of excluded parties in the System for Award Management (SAM) ( https://www.sam.gov) for entities excluded from receiving federal awards for "covered telecommunications equipment or services".

(d) *Representation.* The Offeror represents that—

(1) It □ will, □ will not provide covered telecommunications equipment or services to the Government in the performance of any contract, subcontract or other contractual instrument resulting from this solicitation. The Offeror shall provide the additional disclosure information required at paragraph (e)(1) of this section if the Offeror responds "will" in paragraph (d)(1) of this section; and

(2) After conducting a reasonable inquiry, for purposes of this representation, the Offeror represents that—

It ☐ does, ☐ does not use covered telecommunications equipment or services, or use any equipment, system, or service that uses covered telecommunications equipment or services. The Offeror shall provide the additional disclosure information required at paragraph (e)(2) of this section if the Offeror responds "does" in paragraph (d)(2) of this section.

(e) *Disclosures.*

(1) Disclosure for the representation in paragraph (d)(1) of this provision. If the Offeror has responded "will" in the representation in paragraph (d)(1) of this provision, the Offeror shall provide the following information as part of the offer:

(i) For covered equipment—

(A) The entity that produced the covered telecommunications equipment (include entity name, unique entity identifier, CAGE code, and whether the entity was the original equipment manufacturer (OEM) or a distributor, if known);

(B) A description of all covered telecommunications equipment offered (include brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); and

(C) Explanation of the proposed use of covered telecommunications equipment and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(1) of this provision.

(ii) For covered services—

(A) If the service is related to item maintenance: A description of all covered telecommunications services offered (include on the item being maintained: Brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); or

(B) If not associated with maintenance, the Product Service Code (PSC) of the service being provided; and explanation of the proposed use of covered telecommunications services and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(1) of this provision.

(2) Disclosure for the representation in paragraph (d)(2) of this provision. If the Offeror has responded "does" in the representation in paragraph (d)(2) of this provision, the Offeror shall provide the following information as part of the offer:

(i) For covered equipment—

(A) The entity that produced the covered telecommunications equipment (include entity name, unique entity identifier, CAGE code, and whether the entity was the OEM or a distributor, if known);

(B) A description of all covered telecommunications equipment offered (include brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); and

(C) Explanation of the proposed use of covered telecommunications equipment and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(2) of this provision.

(ii) For covered services—

(A) If the service is related to item maintenance: A description of all covered telecommunications services offered (include on the item being maintained: Brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); or

(B) If not associated with maintenance, the PSC of the service being provided; and explanation of the proposed use of covered telecommunications services and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(2) of this provision.

(End of provision)

### 52.204-26 Covered Telecommunications Equipment or Services-Representation (Oct 2020)

(a) *Definitions.* As used in this provision, "covered telecommunications equipment or services" and "reasonable inquiry" have the meaning provided in the clause 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment.

(b) *Procedures.* The Offeror shall review the list of excluded parties in the System for Award Management (SAM) (https://www.sam.gov) for entities excluded from receiving federal awards for "covered telecommunications equipment or services".

(c) (1) *Representation.* The Offeror represents that it ☐ does, ☐ does not provide covered telecommunications equipment or services as a part of its offered products or services to the Government in the performance of any contract, subcontract, or other contractual instrument.

(2) After conducting a reasonable inquiry for purposes of this representation, the offeror represents that it ☐ does, ☐ does not use covered telecommunications equipment or services, or any equipment, system, or service that uses covered telecommunications equipment or services.

(End of provision)

**52.217-4 Evaluation of Options Exercised at Time of Contract Award.**

**Evaluation of Options Exercised at Time of Contract Award (June 1988)**

Except when it is determined in accordance with FAR 17.206(b) not to be in the Government's best interests, the Government will evaluate offers or quotations for award purposes by adding the total price for all options to the total price for the basic requirement to determine the total evaluated price. This includes options under FAR clause 52.217-8, Option to Extend Services, which applies to this solicitation. Evaluation of options will not obligate the Government to exercise the option(s).

(End of provision)

**52.217-5 Evaluation of Options.**

**Evaluation of Options (July 1990)**

The Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement." To account for the option periods possible under 52.217-8 (maximum of six months), Options to Extend Services, the Government will evaluate the option to extend services by adding six months of the offeror's final option period price to the offeror's total price. This amount will be the total evaluated price. The Government may choose to exercise the Option to Extend Services at the end of any performance period (base or option periods). Prices for the base and option periods, including the 6-month option available under FAR 52.217-8, will be evaluated to ensure that they are fair and reasonable for performance of the requirements established in the solicitation and as proposed in the technical submission. The price for the effort associated with FAR 52.217-8 will not be included in the total awarded value at contract award. If, at the end of the contract's/order's period of performance (the end of the base period or any option period) and within the time period established in the clause, the Government chooses to exercise this option, the pricing will be pursuant to the rates specified in the contract for the preceding performance period.

(End of provision)

**Addendum to FAR 52.212-1(c)**

The offeror agrees to hold the prices in its offer firm for a minimum of **180 calendar days** from the date specified for receipt of quotations.

# End of Solicitation

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | 1     2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0001 | 04/10/2025 | | |

| 6. ISSUED BY | CODE | 70RTAC |
|---|---|---|

INFO TECH ACQ CENTER(70RTAC)
U.S. Dept. of Homeland Security
OPO/Information Technology Acquisition Center
6595 Springfield Center Drive
Springfield VA 22150

| 7. ADMINISTERED BY (If other than Item 6) | CODE | 70RTAC |
|---|---|---|

INFO TECH ACQ CENTER
DHS - OPO ITAC
6595 Springfield Center Drive
Springfield VA 22150

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | |
|---|---|---|
| | | **9A. AMENDMENT OF SOLICITATION NO.** 70RTAC25Q00000011 |
| | x | **9B. DATED (SEE ITEM 11)** 04/10/2025 |
| | | **10A. MODIFICATION OF CONTRACT/ORDER NO.** |
| | | **10B. DATED (SEE ITEM 13)** |
| CODE | FACILITY CODE | |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☒ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers       ☒ is extended,   ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning ____1____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted , such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.  IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:     Contractor     ☐ is not    ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Amendment 0001 Reason: Update the Solicitation to revise Attachment 4 and the RFQ dates as listed below:

a. Remove the original Attachment 4 and replace it with the attached revised Attachment 4 which confirms that Cell B87 (The Total Average Labor Rate) is being used for price evaluation.

b. In the solicitation, change all references to the estimated Phase 3 invitations date to 5/26/2025.

c. In the solicitation, change all references to the due date for Final Questions to Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | Gregory Ruderman |
| **15B. CONTRACTOR/OFFEROR** | **15C. DATE SIGNED** | **16B. UNITED STATES OF AMERICA** | **16C. DATE SIGNED** |
| | | GREGORY S RUDERMAN  Digitally signed by GREGORY S RUDERMAN Date: 2025.05.15 15:05:37 -04'00' |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

| Previous edition unusable | STANDARD FORM 30 (REV. 11/2016) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>70RTAC25Q00000011/0001 | | | PAGE<br>2 | OF<br>2 |

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | 6/2/2025<br><br>d. In the solicitation, change all references to Phase 3 Government Response to final RFQ Questions to: TBD<br><br>e. In the solicitation, change all references to the due date for Phase 3 Submissions to: 6/18/2025<br><br>f. In the solicitation, change all references to the estimated award date to: 7/31/2025<br><br>g. As a result of the above changes, remove the original pages 4, 5, and 6 of the solicitation and replace them with the revised attached pages 4, 5, and 6 (of 57) dated 5/15/2025 Amendment 0001.<br><br>h. Reminder – the Phase 3 Technical Scenarios (Attachment 3) will be issued with invitations to Phase 3.<br><br>No other changes<br>Period of Performance: 08/14/2025 to 08/13/2026 | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

**Exhibit 3**

# REDACTED IN ENTIRETY



**Management Directorate**

**Office of the Chief Information Officer**

**Information Technology Operations Directorate**

# Desktop Support Services (DSS) 3.0 Blanket Purchase Agreement (BPA)

Statement of Work

4/10/2025

# Table of Contents

1    Introduction ........................................................................................................................... 1

   1.1    Purpose ........................................................................................................................ 1

   1.2    Background .................................................................................................................. 1

2    Scope ..................................................................................................................................... 2

   2.1    Objectives .................................................................................................................... 3

   2.2    Applicable Appendices and Documents ...................................................................... 4

3    Business Transformation ...................................................................................................... 4

   3.1    Business Process Automation ...................................................................................... 5

   3.2    Remote Support Enhancements .................................................................................. 5

   3.3    Customer Experience ................................................................................................... 5

   3.4    Continual Service Improvement .................................................................................. 5

4    Specific Objectives/Tasks ..................................................................................................... 6

   4.1    Task 1: General Services .............................................................................................. 6

      4.1.1    Subtask 1: Program Management Services ......................................................... 6

         4.1.1.1    Transition-In Management .......................................................................... 6

         4.1.1.2    Transition-Out Management ....................................................................... 7

         4.1.1.3    Additional Management .............................................................................. 7

      4.1.2    Subtask 2: Surge Support .................................................................................... 7

      4.1.3    Subtask 3: Project Management Support ............................................................ 7

      4.1.4    Subtask 4: End User Training and Documentation Support ................................ 7

   4.2    Task 2: Service Support ............................................................................................... 8

      4.2.1    IT Service Desk .................................................................................................... 8

      4.2.2    Contact Center .................................................................................................... 8

      4.2.3    Problem Management ......................................................................................... 9

   4.3    Task 3: Systems and Network Support ........................................................................ 9

      4.3.1    Technical Project Management ........................................................................... 9

      4.3.2    Systems Engineering ........................................................................................... 9

      4.3.3    Cloud Integration .............................................................................................. 10

      4.3.4    Image Development and Management .............................................................. 10

      4.3.5    Status Reporting and Escalation ....................................................................... 10

      4.3.6    Critical Incident Management Services ............................................................. 10

4.3.7      Access Management ................................................................................................. 11

4.3.8      Operations and Maintenance (Systems)................................................................. 11

   4.3.8.1     Shared Drive ...................................................................................................... 11

   4.3.8.2     Application Support ........................................................................................... 11

   4.3.8.3     Group Policy ....................................................................................................... 11

   4.3.8.4     Domain Name System ....................................................................................... 12

   4.3.8.5     Server Management ........................................................................................... 12

   4.3.8.6     Enterprise Print Management ............................................................................ 12

   4.3.8.7     VMWare Management ........................................................................................ 12

   4.3.8.8     DHCP Management ............................................................................................ 13

   4.3.8.9     Certificate Management .................................................................................... 13

   4.3.8.10    Active Directory Management ........................................................................... 13

   4.3.8.11    SCCM Management ............................................................................................ 13

   4.3.8.12    Tools .................................................................................................................. 14

4.3.9      Operations and Maintenance (Network) ............................................................... 14

   4.3.9.1     Network Configuration Management ................................................................. 14

   4.3.9.2     Application Management .................................................................................... 14

   4.3.9.3     Unified Communications Management ............................................................... 15

   4.3.9.4     Voice Gateway Management .............................................................................. 15

   4.3.9.5     Server/Appliance Management .......................................................................... 15

   4.3.9.6     Call Center Control ............................................................................................ 15

4.3.10     IT Infrastructure Monitoring and Event Management ........................................... 16

4.3.11     Incident Management ............................................................................................. 16

4.3.12     Problem Management ............................................................................................. 16

4.3.13     Integration ............................................................................................................. 16

4.3.14     Cloud Integration Management.............................................................................. 17

4.3.15     Testing and Validation Services ............................................................................. 17

4.3.16     Configuration, Change, and Release Management Services ................................... 17

4.3.17     Backup and Restore Services .................................................................................. 17

4.3.18     Disaster Recovery and Continuity of Operations.................................................... 18

4.4      Task 4: Hardware and Software Support ...................................................................... 18

4.4.1      Hardware................................................................................................................. 18

4.4.2      Software ................................................................................................................. 19

4.5    Task 5: Service Management Platform Support ........................................................ 19

    4.5.1.1    Service Management Platform Development, Workflow Automation, and O&M Support   19

4.6    Task 6: Artificial Intelligence Support .................................................................. 20

5    Contract Personnel ................................................................................................. 20

5.1    Key Personnel ...................................................................................................... 20

5.2    Staffing Plan/Personnel ....................................................................................... 22

    5.2.1    Personnel Security ...................................................................................... 22

6    Deliverables ............................................................................................................. 23

7    Security Management .............................................................................................. 23

7.1    Definitions ............................................................................................................ 24

8    Enterprise Architecture Compliance ....................................................................... 24

9    Cyber-Supply Chain Risk Management (C-SCRM) Compliance ............................ 25

10    Appendices .............................................................................................................. 29

    Appendix A.    Abbreviations ................................................................................... 29

# 1 Introduction

The Department of Homeland Security (DHS) Office of the Chief Information Officer (OCIO) develops and maintains a DHS Headquarters (HQ) Information Technology (IT) infrastructure environment that is reliable, scalable, flexible, maintainable, accessible, and secure, ensuring operational excellence—from the workstation to the data center, the cloud and to the mission application. Desktop Support Services (DSS) 3.0 is a support contract that will operate, maintain, and improve information technology services and processes as DHS strives to meet its mission and move toward achieving its long-term strategic vision.

As DHS evolves and matures, so does the breadth and complexity of the technology implemented in support of the Department's vital missions. To accommodate the organization's needs, the DHS OCIO is looking to implement effective service operations and management solutions that will facilitate the sustainability and administration of the IT systems in support of the DHS HQ component mission requirements. These solutions will increase the productivity of end users, engineers, mission support personnel, administrative users, and all components in support of DHS's overall mission by quickly and efficiently delivering reliable, innovative, and secure IT services. The Information Technology Operations (ITO) Directorate through the HQ Operations Division (HOD) oversees the portfolio of services and capabilities associated with the end-user services domain; this includes defining and executing overall strategy, roadmaps, standards, policies, investments, and projects.

## 1.1 Purpose

The purpose of this Statement of Work (SOW) is to acquire robust IT support services for HQ to support three OCIO strategic goals:

*Goal 1:* MISSION SUPPORT – Implement advanced technology, business practices, and partnerships to safeguard the American people, our homeland, and our values.

*Goal 2:* SERVICE SUPPORT - Develop and implement a comprehensive approach to ensure excellence in IT service delivery through workforce recruitment, engagement, retention, and forecast planning.

*Goal 3:* OPERATIONS SUPPORT - Enable the smooth functioning of the infrastructure and service operations that support application deployment to internal and external customers, including engineering services; server and device management; computer operations; application and security services; IT Infrastructure Library (ITIL) management; support desk services; project support and overall contract program management.

## 1.2 Background

DHS has a vital mission: to secure the nation from the many threats we face. Our duties are wide-ranging, but our goal is clear — keeping America safe.

DHS HQ is made up of various Components, offices, and directorates. The seven primary organizations are the Management Directorate (MGMT), Countering Weapons of Mass Destruction (CWMD), Federal Protective Service (FPS), Science and Technology (S&T), Office of Intelligence and Analysis (I&A), Office of Biometric Identity Management (OBIM), and the Office of Situational Awareness (OSA). Each

component has unique and separate requirements and operates in their specific mission space but are supported by a common unclassified, general purpose local area network commonly referred to as "A-LAN". The data traversing the network is typically considered Sensitive But Unclassified (SBU) or Controlled Unclassified Information (CUI). Additional networks supporting HQ include the Homeland Security Data Network (HSDN) at the Secret classification level and the "C-LAN" which supports Top Secret classified data processing. While support synergies exist between HSDN, C-LAN and A-LAN, the IT solutions sought in this document are primarily for A-LAN and technologies that connect to A-LAN. In addition to the seven primary organizations that make up DHS HQ, the Cybersecurity and Infrastructure Security Agency (CISA) will also be able to obtain services under this contract.

ITO is responsible for managing the daily service operations activities of the DHS IT infrastructure and aligning the infrastructure with the Department's mission, objectives, organizational standards, core principles, and target IT goals.

HOD is responsible for IT Service Management and the shared IT infrastructure to enable DHS HQ customers to access reliable, effective, secure, and flexible services that are essential to fulfilling their missions and to serve as an advocate in the resolution of service issues which may arise in the service delivery process.

HQ understands that threats to IT security are continuously evolving. Threats are more sophisticated and more complex than ever before. Therefore, HQ must use every tool at its disposal to address those threats and develop methods of combating them. The use of new and innovative information technology helps HQ stay ahead of those who are intent on harming the nation.

HQ is constantly moving forward with the application of new technologies to stay ahead of emerging threats as information technology services have grown considerably in the years since DHS's formation.

HQ analyzes business and service operations needs to determine how best to deploy state-of-the-art IT services for HQ and Components.

HQ has the responsibility to provide all IT equipment, infrastructure, application development and enterprise services required to meet HQ and Component operational needs with established performance levels to ensure those services are effective, efficient, and affordable.

# 2   Scope

DSS 3.0 is required to provide IT systems support for approximately 18,500 end users (Federal employees, contractors, and support personnel), of which the largest concentration is in the National Capital Region (NCR). DSS 3.0 is also required to provide this support at many locations across the Continental United States (CONUS) at sites such as national/state fusion centers, state, local and tribal centers, and other regional locations; and at some outside CONUS (OCONUS) locations such as Hawaii, Guam, and potentially non-United States (U.S.) locations.

The Contractor will support strategic planning and continuous improvements to the support services providing value-added capabilities along with a reduction in cost and risk for the Government. This will contribute to HQ's ability to keep abreast of the latest trends in technologies, processes, and methods.

The list of supported systems and technologies under DSS 3.0 can be found in the Technical Reference Model (TRM), which will be provided to the BPA awardee. HQ expects this list to change during the period of performance of this contract as new systems are introduced and older systems are decommissioned.

## 2.1  Objectives

It is imperative that the IT support services meet DSS 3.0 objectives by demonstrating sound processes and proven best practices. The overarching objectives that will be met in the implementation of DSS 3.0 are as follows:

*Objective 1:* Survey and evaluate, identify, and describe quantifiable, defined enhancements throughout the course of the contract to improve the service delivery while promoting efficiencies, decreasing cost and risk to the Government, without a break in service.

*Objective 2:* Execute an IT service delivery model that meets or exceeds HQ service level agreements. Smoothly implement approved enhancements that will meet future service level objectives while maintaining sustainable, standards-based technologies.

*Objective 3:* Provide central program management activities and general contract management services to achieve the cost, schedule and performance goals specified under the contract and achieve the previously stated objectives.

*Objective 4*: Transition to a flexible and zero-touch regional customer support experience

In addition to being the vehicle to support the IT component of the HQ mission, goals, and objectives, the services covered under this SOW will support the IT priorities of the Chief Information Officer (CIO). These priorities are the basis of provisioning IT services, and are updated during semi-annual strategic planning.

*Priority 1:* Mobile-First – Support mobile solutions to the HQ and Component community, ensuring efficiencies, increased productivity, and citizen engagement.

*Priority 2:* Collaboration – Network people and information, simplifying processes and creating more robust solutions.

*Priority 3:* Artificial Intelligence (AI) – Provide a comprehensive approach to AI solutions, including the development, integration, and optimization of AI tools tailored to meet DHS HQ mission and organizational needs

*Priority 4:* Cloud – Utilize the cloud to provide on-demand scalability, increased access, and higher security for all HQ and Component users thereby delivering information more rapidly and enabling more informed decisions and actions. In an effort to reduce future recapitalization expenses, HQ strategic plans include migration of infrastructure of some or all services covered under DSS 3.0 to a cloud environment.

*Priority 5:* Business Transformation – Continuous innovation reducing costs, increasing efficiencies, and keeping technologies up-to-date as well as using their full capabilities.

## 2.2  Applicable Appendices and Documents

The following documents provide information that is applicable to DSS 3.0:

- Appendix A        Acronyms and Abbreviations

# 3   Business Transformation

The contactor shall develop and implement solutions that drive program innovation and business transformation. The Contractor shall focus on customer identified priorities, emphasizing technology and process improvements that deliver cost efficiencies, higher customer satisfaction and increased IT service productivity. The contactor shall collaborate and engage with technology service providers to align government innovation priorities with new vendor offerings. The Contractor shall work with the Government to identify measurable goals and define outcomes for each business transformation initiative.

HQ has been in the same comprehensive seat-based model for almost two decades. While it initially served us well it has become outdated with the rapid changes in the IT industry. We are seeking to catch up and stay abreast of those changes in the IT industry and are pursuing a partner that can contribute to the innovation required to move HQ to the current state-of-art and then forge ahead with new opportunities as industry paradigm shifts present themselves. In order to execute on this vision, HQ is expecting its partner to employ modern techniques to achieve the goals and objectives referenced in this document while supporting the HQ workforce in a technologically flexible, mobile friendly environment with built-in security and cloud-based resources. In addition to state-of-the art solutions, HQ workforce desires the ability to request end user services and catalog orders that provide a user experience that matches or exceeds industry standards. The development of a strategic partnership is critical to HQ' success in order to transform the end user experience and provide the necessary agility to support its workforce in the execution of the Agency missions.

HQ is working to move beyond the current seat-based structure to adopt more modern computing methodologies. HQ seeks to achieve the goals of supporting its workforce in a technologically flexible, mobile-friendly environment with built-in security and cloud-based resources. We envision a turnkey solution that encompasses cutting-edge technology while bridging the gap to the cloud. Section 2.1 states many of the objectives we seek to achieve. We ask the potential Contractor to evaluate the objectives and recommend how they would partner with HQ to achieve them.

HQ is looking to develop a strategic partnership to transform the end-user experience to provide the necessary agility to support its workforce and mission. The types of support needed for the end-user services program may include (but are not limited to) desktop engineering, project management support, transformation and operation support, continual service improvement and communications, and other program support functions.

The Contractor shall assist HQ in transformation from the current comprehensive seat-based model to a new way of providing compute services for HQ that is technologically flexible and focuses on automation, business intelligence, and digital transformation.

The Contractor shall assist HQ to move to a role-based provisioning so that users are provided the devices and applications appropriate to their job duties – not "one size fits all."

The Contractor shall develop a methodology that will minimize the requirement for hands-on desk-side technician support and enable the utilization of self-help and/or walk-in (Tech Café) help centers, as well expanded self-service and remote customer support capabilities. This shall include zero/low-touch and/or automated configuration of new devices and services.

The Contractor shall develop a capability to order end-user services and catalog orders that provide a user experience similar to retail entities and can be used on any device or platform.

HQ DSS 3.0 objectives are only the beginning of a continuing evolution for HQ to stay abreast of the rapid changes in the IT industry. HQ is seeking a partner that can contribute to the innovation required to move HQ to the current state of art and then forge ahead with new opportunities as industry paradigm shifts present themselves.

## 3.1   Technology Roadmaps

The Contactor shall work with the Government to gather functional and business requirements, and develop "to-be" roadmaps to improve DHS HQ technology platforms.

## 3.2   Business Process Automation

The Contactor shall provide business process automation services which digitize paper processes, streamline workflows, and automate procedures. The Contactor shall analyze and document as-is processes, recommend process improvements, and provide an analysis of alternatives for utilizing existing or deploying new technology solutions. Upon government approval, the contractor shall pilot, test, and deploy business process automation solutions.

## 3.3   Remote Support Enhancements

The Contractor shall provide enhanced remote support capabilities, implementing new or augmented tools that increase end user productivity through faster incident resolution and request fulfillment. Support requirements may include the development of an initial proof of concept design, pilot implementation, and production implementation and sustainment.

## 3.4   Customer Experience

The Contractor shall provide a smooth customer experience that strives to answer questions quickly and effectively, resolve issues with empathy and care, improve brand credibility, and nurture relationships, allowing users to execute their duties and contributing to a positive overall impression of the organization. The Contractor shall deliver solutions on how to modernize, transform, and innovate on the customer experience lifecycle (from onboarding to offboarding) while maintaining high levels of quality and efficiency.

## 3.5   Continual Service Improvement

The Contractor shall adopt a continual service improvement approach that proactively drives innovation, modernization, and transformation of DHS HQ IT infrastructure. This approach shall include

new and alternative solutions that increase efficiency, produce cost savings, increase readiness and organizational flexibility, and deliver improved capabilities and services.

# 4    Specific Objectives/Tasks

Section 1.1 identified two overarching goals for the services provided by DSS 3.0. Additional support services may be required as changes and enhancements occur. The Contractor will work as an integrated team with HQ staff, other HQ and Component Contractors and outside vendors, as designated by HQ in support of the following areas: Service, HQ Operations Center, HQ Systems Operations, HQ Systems Engineering, Hardware, and Software.

## 4.1    Task 1: General Services

### 4.1.1    Subtask 1: Program Management Services

Program Management facilitates all DSS 3.0 services and operations management functions. It involves development, implementation, and administration of services and operations and maintenance (O&M) core functions. The Contractor shall provide program management activities, reporting and other general contract management services needed to achieve the cost, schedule and performance goals under the contract.

The Program Management will be expected to:

1) Manage delivery of integrated IT services and projects
2) Meet with and assist OCIO, ITO, and HOD management to determine and apply industry best practices to existing business operations, drive further program efficiencies and automation, and implement potential future operational and technological improvements
3) Provide cost and budget management, billing/invoicing services, rough order of magnitude (ROM) responses for projects and special activities (e.g., conference support)
4) Ensure continued service delivery in accordance with dynamic service level requirements, regardless of changing or fluctuating workload or personnel availability
5) Improve processes by facilitating performance planning and alignment
6) Drive business and operational process standardization
7) Ensure communication and collaboration across different functions and areas of support under the BPA, to eliminate single points of failure and enhance service
8) Document business and service operations processes, including reporting
9) Provide all contractor staffing support including the Entry on Duty (EOD) process ensuring that sufficient cleared staff (unclassified through Top Secret/Sensitive Compartmented Information (TS/SCI) access) are available to meet operational demands
10) Provide management oversight of all activities performed by Contractor personnel, including the effective use of subcontractors to satisfy the objectives and service level requirements identified at the order level
11) Manage and maintain service catalog

#### 4.1.1.1    Transition-In Management

The Contractor shall develop and implement a Transition-In Plan to transition from the current call orders to HQ DSS 3.0 within 90 days. The transition will be transparent and seamless to the users with

no degradation or breaks in service availability while maintaining existing security, service quality, contract support, performance levels, and an orderly transition of assets.

### 4.1.1.2    Transition-Out Management

The Contractor shall develop and implement a Transition-Out Plan from DSS 3.0 to the successor contract not to exceed 90 days. The transition is to be transparent and seamless to the users with no breaks in service availability. HQ expects the DSS 3.0 transition-out task to be coordinated, integrated, and initiated with the successor Contractor transition-in tasks.

### 4.1.1.3    Additional Management

The Contractor shall provide:

- Quality Assurance Program
- Records Management
- Communications Management
- Performance Management

## 4.1.2   Subtask 2: Surge Support

The Contractor shall provide surge support upon request. Examples of surge support requirements include special projects, relocations, and buildouts. Surge support is generally short-lived and unplanned.

## 4.1.3   Subtask 3: Project Management Support

The Contractor shall provide project management support in the design, development, procurement, implementation, and O&M of all HQ unclassified projects. Examples of projects are the buildout of new facilities, organizational restructurings, office moves and reconfigurations. Project management functions include, but are not limited to, initiating, planning, executing, documenting, monitoring, and closing a project.

The Contractor is expected to provide project plans, calendars, schedules, risk analysis, cost analysis, and status reports.

## 4.1.4   Subtask 4: End User Training and Documentation Support

The Contractor shall provide end user training and documentation to assist users in understanding the products and services in the A-LAN environment. Examples of end user training and documentation include, but are not limited to, online familiarization training, quick tips, training courses, virtual, video, help files, tutorials, PDF documents, and printed manuals.

The Contractor shall provide online documentation for IT services, such as a Product Catalog User's Guide.

The Contractor shall ensure that training and documentation materials are updated appropriately as IT services change (e.g., application version updates, changes to user experience).

## 4.2  Task 2: Service Support

The Contractor shall coordinate with HQ to employ the ITIL Service Management Framework (Version 3 or any subsequent revisions), the DHS Systems Engineering Life Cycle (SELC), general Project Management Institute (PMI), International Standards Organization (ISO) and similar frameworks to guide provisioning of the services, and the processes, functions, and other capabilities needed to support them.

IT Service Management (ITSM) refers to the implementation and management of quality IT services. IT service providers through people, processes, and information technology perform ITSM. It is process-focused and has ties and common interests with process improvement frameworks and methodologies. This discipline is not concerned with the details of how to use a particular product or system under management. It focuses on providing a framework to structure IT-related activities and the interactions of IT technical personnel with business customers and users. This support may include multi-level tier support model providing different levels of support based on the user.

The Contractor shall manage the DSS 3.0 service and delivery processes and procedures in accordance with relevant IT standards (e.g., ITIL v2011, ISO 20000) applicable to the O&M of the IT enterprise. This objective includes the identification of improvement opportunities for each DSS 3.0 support services activity based on performance results indicating areas for improvement. The continuous service improvement process throughout the service life cycle is critical in meeting the overarching DSS 3.0 objective to continuously improve the IT infrastructure to promote efficiencies while decreasing cost and risk for the Government.

### 4.2.1  IT Service Desk

The Contractor is expected to provide IT Service Desk (ITSD) support 24x7x365. ITSD functions will include, but are not limited to, troubleshooting, resolving, and/or escalating problems with computers and other information technology products. ITSD support may include:

1) Tier 0: Self Help – Users can access information on demand
2) Tier 1: Basic – Supports and solves common issues; records and escalates issues to a higher tier
3) Tier 2: Technical – Provides in-depth technical support; records and escalates issues to a higher tier
4) Tier 3: Expert – Handles the most difficult or advanced problems

The ITSD will be responsible for Service Request and Incident Management, to include call handling, incident/request logging, categorization and prioritization, initial diagnosis, follow-up and escalation.

### 4.2.2  Contact Center

The Contractor shall provide DHS Contact Center (switchboard) support 24x7x365. Contact Center functions include, but are not limited to, handling or addressing all incoming phone calls from the public, from Federal employees, and from contractor personnel, and routing as appropriate in accordance with Government guidance.

The Contractor is expected to provide recommendations, updates, and improvements to existing call policy, equipment usage, training, switchboard operation services, etc.

### 4.2.3   Problem Management

The Contractor shall coordinate with the Government to design and implement an ITIL-Based Problem Management process that outlines the actions and workflow for managing a Problem Management program.

The Contractor shall include a detailed workflow for the integration into other Service Management processes (e.g., Change Management, Incident Management, Event Management, Configuration Management).

The Contractor shall coordinate with the Government to implement controls at the ITSD level that feed into the continuous identification of problems.

## 4.3   Task 3: Systems and Network Support

HQ Systems Operations Support is the primary systems operator of the HQ IT enterprise. HQ Systems Operations Support provides IT O&M Tier 2/3 and engineering service support for HQ IT infrastructure. Examples include:

- Active Directory (AD)
- Upgrades
- Fault resolution
- Patch management
- Systems performance monitoring and capacity planning
- Change, configuration and release management
- Disaster recovery
- Emerging technology assessments
- Security engineering and compliance
- IT infrastructure and systems Plan of Action and Milestones (POA&M) remediation
- Testing processes including all tasks related to production deployment
- Image management

### 4.3.1   Technical Project Management

The Contractor shall perform and delineate the activities required to prepare and support the infrastructure and special projects. The Contractor shall capture and establish the functional and non-functional requirements, identify a critical path, and create general timelines to support and implement appropriate project management and SELC procedures.

### 4.3.2   Systems Engineering

The Contractor shall architect, design, integrate, and deploy new innovative technical solutions as required by HQ CIO and HQ customers. The Contractor shall review systems currently in production, and provide advanced technical consulting services including complete documentation, design diagrams, and briefings toward service improvement.

The Contractor shall proactively research and investigate new technical solutions to improve business processes and decrease costs. The Contractor shall provide technical implementation engineers to build out and execute solutions as well as transition to operations.

The Contractor shall support multiple complex technical agile projects while simultaneously engaging with several business stakeholders.

### 4.3.3   Cloud Integration

The Contractor shall provide engineering support and designs for the Government's hybrid cloud and cloud solutions. The Contractor shall provide detailed presentations of cloud solutions architecture for approval and concurrence. The Contractor shall design cloud solutions in areas that will benefit the Government and provide cost savings.

The Contractor shall be responsible for integrating and managing HQ lines of business and stakeholder with cloud services technology.

### 4.3.4   Image Development and Management

The Contractor shall provide operating system image design and development services to support HQ endpoint and back-end server requirements.

The Contractor shall gather all business and security requirements as well as provide for integration testing.

The Contractor shall maintain the operating system in compliance with the manufacturer's latest guidance and release.

### 4.3.5   Status Reporting and Escalation

The Contractor shall assist the Government with its reporting regarding IT systems operations, performance, availability, escalation, and incident response. The Contractor will serve as a liaison to operations centers and IT service providers supporting DHS and monitor and review IT system and service operations metrics to communicate the overall operating posture and status on a regular basis in accordance with the deliverables in Section 7. The Contractor shall support these services by:

- Informing all DHS stakeholders of planned and emergency events, changes, and break-fix functions
- Review and correlate DHS IT enterprise service outage reports and to identify and report potential impacts to DHS HQ IT users
- Provide timely, up-to-date information on all outages and master tickets to the Enterprise Watch Officer (EWO) by leveraging existing DHS provided ticketing tools such as ServiceNow
- Participate in daily operations meetings to provide operations status updates

### 4.3.6   Critical Incident Management Services

Provide critical incident management. A critical incident includes any event which disrupts, or which may disrupt, a service. Critical incident management is the comprehensive approach to preventing, preparing for, and responding to events effectively and efficiently. The contract shall support these services by providing the following:

- Centrally manage, monitor, coordinate, and communicate status of HQ and Component incidents on a 24x7x365 basis.
- Generate incident tickets upon identification of any service fault and upon receiving written or verbal direction from the HQ Federal points of contact requesting corrective action.

- Assess incident severity through a Government-approved Standard Operating Procedure (SOP), organize and host incident resolution conference calls, and coordinate necessary resources that are both internal to the contract and external to the contract (other providers, vendors, and/or manufacturers).
- Manage and communicate incident status on a regular basis in accordance with the deliverables in Section 7.
- Centralize and standardize all incident status and reporting.
- Improve communications during incident response to reduce incident durations.

## 4.3.7    Access Management

Upon DHS users being granted authorization, the contractor shall create domain user accounts and grant the user rights to access IT services, while preventing access to non-authorized users. The Contractor shall perform this task using a combination of Windows Active Directory (AD) and DHS Access Lifecycle Management (ALM) system-based access control.

## 4.3.8    Operations and Maintenance (Systems)

The Contractor shall be responsible for the day-to-day IT systems O&M at HQ. This includes all system and endpoint services, and is not limited to those identified below.

### 4.3.8.1    Shared Drive

The Contractor shall perform administration tasks for operating and maintaining Shared Drive services. Examples include, but are not limited to, the following:

- Permissions
- Mapping Issues
- Data Spill Support
- Exception Policy Testing
- Security Technical Implementation Guide (STIG) Compliance
- Access Issues
- Preservation

### 4.3.8.2    Application Support

The Contractor shall perform administration tasks for operating and maintaining Application Support services. Examples include, but are not limited to, the following:

- Application Access Issues
- Application Functionality Issues
- Website Access Issues
- Browser Issues (Edge, Chrome, Firefox), Zscaler Support

### 4.3.8.3    Group Policy

The Contractor shall perform administration tasks for operating and maintaining Group Policy services. Examples include, but are not limited to, the following:

- Policy Creation
- Policy Testing

- Exception Policy Creation/Testing
- STIG Compliance
- Vulnerability Mitigation
- Proxy Auto Configuration (PAC)

### 4.3.8.4    Domain Name System

The Contractor shall perform administration tasks for operating and maintaining Domain Name System (DNS) services. Examples include, but are not limited to, the following:

- DNS Configuration
- DNS Troubleshooting
- DNS Record Creation
- DNS Record Deletion

### 4.3.8.5    Server Management

The Contractor shall perform administration tasks for operating and maintaining Server Management services. Examples include, but are not limited to, the following:

- Server Configuration
- Drive Space Management
- Windows operating system (OS) Patching
- Linux OS Patching (O&M Managed Applications)
- Vulnerability Remediation

### 4.3.8.6    Enterprise Print Management

The Contractor shall perform administration tasks for operating and maintaining Enterprise Print Management services. Examples include, but are not limited to, the following:

- PrinterLogic Server
- Print Queue Creation
- Print Queue Deletion
- Device Configuration Management
- Vulnerability Management

### 4.3.8.7    VMWare Management

The Contractor shall perform administration tasks for operating and maintaining VMWare Management services. Examples include, but are not limited to, the following:

- Monitoring
- Maintenance
- Server Creation
- Server Management
- Configuration Management

### 4.3.8.8    DHCP Management

The Contractor shall perform administration tasks for operating and maintaining DHCP Management services. Examples include, but are not limited to, the following:

- Scope Creation
- Scope Deletion
- Static Internet Protocol (IP) Reservations
- Server Management
- Scope Monitoring
- Printer IP Reservations

### 4.3.8.9    Certificate Management

The Contractor shall perform administration tasks for operating and maintaining Certificate Management services. Examples include, but are not limited to, the following:

- Certificate Authority
- Certificate Template
- User Certificate Requests
- Server Management
- Backups

### 4.3.8.10    Active Directory Management

The Contractor shall perform administration tasks for operating and maintaining Active Directory Management services. Examples include, but are not limited to, the following:

- Domain Controller
- Account Unlocks
- Privileged Account Creation
- Account Lock Investigation
- Account Login Issues
- Account Management
- Public Key Infrastructure (PKI) Issues
- Security Group Management
- AD Maintenance/Cleanup

### 4.3.8.11    SCCM Management

The Contractor shall perform administration tasks for operating and maintaining Shared Drive services. Examples include, but are not limited to, the following:

- Image Creation
- Image Management
- Application Packaging
- Application Upgrades
- Windows OS Patching
- Vulnerability Mitigation
- Device Imaging

- PACS Domain Patching
- PACS Domain Vulnerability Mitigation
- Hardware/Software Testing and Evaluation

### 4.3.8.12  Tools

The Contractor shall perform administration tasks for operating and maintaining Tools services. Examples include, but are not limited to, the following:

- PowerShell Scripting
- VBS Scripting
- SCOM
- Grafana
- Tenable
- Forescout
- Axonius
- CrowdStrike
- BeyondTrust

## 4.3.9  Operations and Maintenance (Network)

### 4.3.9.1  Network Configuration Management

The Contractor shall perform administration tasks for operating and maintaining Network Configuration Management services. Examples include, but are not limited to, the following:

- Port (IMAC)
- 802.1x Management
- Vulnerability Management
- ACL Management
- Patch Management
- IP Assignment
- VLAN Management
- PACS Network Management
- PACS ASA Fire Power

### 4.3.9.2  Application Management

The Contractor shall perform administration tasks for operating and maintaining Application Management services. Examples include, but are not limited to, the following:

- Prism Infrastructure/DNA Center
- Identity Services Engine (ISE)
- Wireless LAN Controllers (WLC)
- Cisco Meeting Server (CMS)
- Calabrio
- Cisco Jabber
- HP Network Automation (HPNA)
- StruxureWare Data Center

- Spectrum
- Cisco Meraki

### 4.3.9.3    Unified Communications Management

The Contractor shall perform administration tasks for operating and maintaining Unified Communications Management services. Examples include, but are not limited to, the following:

- IP Phone Management (MACD)
- Jabber Profiles
- End User Account Management
- Call Routing, Logic and Protocols
- Microsoft Teams Room Troubleshooting
- Microsoft Teams Room Conference Support

### 4.3.9.4    Voice Gateway Management

The Contractor shall perform administration tasks for operating and maintaining Voice Gateway Management services. Examples include, but are not limited to, the following:

- Voice over Internet Protocol (VoIP) Configuration
- PSTN Troubleshooting
- Survivable Remote Site Telephony (SRST)
- SIP Trunk(s) Management

### 4.3.9.5    Server/Appliance Management

The Contractor shall perform administration tasks for operating and maintaining Server/Appliance Management services. Examples include, but are not limited to, the following:

- Server Configuration
- Drive Space Management
- Windows OS Patching
- Linux OS Patching
- Vulnerability Remediation
- Certificate Installation & Maintenance

### 4.3.9.6    Call Center Control

The Contractor shall perform administration tasks for operating and maintaining Call Center Control services. Examples include, but are not limited to, the following:

- Hunt Group
- System/Call handlers
- Finesse (Supervisor/Agents)
- UCCX/Call Scripts

### 4.3.10 IT Infrastructure Monitoring and Event Management

The Contractor shall leverage IT monitoring tools to provide continuous monitoring of all infrastructure systems and services, environmental systems, and peripherals for interface status and service functionality.

The Contractor shall filter and categorize events to decide on appropriate actions.

The Contractor shall report on critical events in a timely manner and notify the appropriate DHS staff as specified in the escalation plan.

### 4.3.11 Incident Management

The Contractor shall provide the support necessary to investigate and resolve all incidents associated with this SOW. The Contractor's HQ Operations support shall be the primary participant in notification of systems-related incidents as required. The Contractor shall leverage the established escalation process to route incidents to the proper personnel for resolution as required by policy.

### 4.3.12 Problem Management

The Contractor shall design and implement in coordination with and the approval of the HOD an ITIL-based Problem Management process that outlines the actions and workflow for managing a Problem Management program.

The Contractor shall include a detailed workflow for the integration into other Service Management processes (e.g., Change Management, Incident Management, Event Management, Configuration Management).

The Contractor shall coordinate with HOD to implement controls at the ITSD level that feed into the continuous identification of problems.

### 4.3.13  Integration

The Contractor shall be responsible for integration across the entire portfolio of services and capabilities associated with the end-user services domain and IT lifecycle that includes strategy, planning and resourcing, execution, operations, and continuous improvement.

The Contractor shall be responsible for integrating throughout the entire IT lifecycle as it relates to the services and products it provides.

- The Contractor shall be responsible for linking, relating, and connecting a series of existing processes, systems, services, and products spread geographically across the Agency produced by multiple different manufacturers into data infrastructures and architectures in a coherent and unifying manner and linking all the different systems, framework of applications, and support systems.
- The Contractor shall execute the integration of services and products delivered by the DSS 3.0 contract into the portfolio of services delivered by HQ and with services provided by or to other program offices.
- In coordination with HQ, the Contractor shall partner with DHS to support integration and continuous improvement as it relates to DSS 3.0 throughout the IT lifecycle as described below:
  - Strategy – development of end-user service and product strategies; e.g., Agency needs,

mission needs, evolving technologies, mandates, policy
- o Planning – service and process design, roadmaps, prioritization, tactical plans, business analysis, i.e., changes or linkages as required
- o Resourcing – budgeting and accounting for service provisioning, resource allocations
- o Execution of new technologies and improved existing technologies – transition of services, project management, risk management, technical integration
- o Operations – operating procedures, execution of services, problem resolution, refreshes, performance measurements, problem resolution and existing services consumed by the end users or other IT delivery entities

## 4.3.14 Cloud Integration Management

The Contractor shall manage the Government's existing systems in addition to hybrid cloud solutions.

The Contractor shall propose solutions that migrate services from the current Government-supported sites to a Government-approved commercial cloud service offering equal or superior capabilities.

The Contractor shall be responsible for integrating and managing HQ lines of business with cloud services technology where appropriate.

## 4.3.15 Testing and Validation Services

Testing and Validation Services support technology testing, in both a physical and virtual laboratory, for a variety of operating system platforms, software, applications, and network infrastructure in a secure environment. Examples of services include Test Automation, Performance Testing, and Functionality Testing.

## 4.3.16 Configuration, Change, and Release Management Services

The Contractor shall establish a configuration management (CM) plan to cover new and/or modified hardware, firmware, software, and documentation provided as a service for this contract. The Contractor CM plan shall cover configuration identification, control, and status accounting for all new and/or modified hardware, firmware, software and documentation for the duration of the contract.

The Contractor shall document/store all baselines, deviations, waivers, and assets delivered in a Government-approved configuration management database.

The Contractor shall regularly review the data and assure its accuracy.

## 4.3.17 Backup and Restore Services

The Contractor shall enroll Government-specified devices in the backup services.

The Contractor shall install and configure required backup software.

The Contractor shall notify customers of backup activation and provide required instructions to the end-user for operating the backup service to protect DHS data.

The Contractor shall use the cloud as the primary backup storage repository.

### 4.3.18 Disaster Recovery and Continuity of Operations

Disaster Recovery (DR) is the ability of an organization to provide critical IT and communications capabilities and services after the services are disrupted by an incident, emergency, or disaster. DR recovers the disrupted IT and communications capabilities to continue at planned levels of operations. The Contractor shall support these services is to maintain HQ's DR capability, ensuring HQ IT services are restored to the specified performance levels within the specified Recovery Time Objectives (RTOs) and Recovery Point Objectives (RPOs) as directed by HQ.

The Contactor shall support the development of a Continuity of Operations Plan in coordination with the Government that will sustain DHS HQ operations in the event an emergency should render the operation centers unavailable. Support may require an alternate federally accredited site(s) or solution(s) for maintaining continuity of operations during emergencies or other situations. This support shall include (but is not limited to):

- Support National Level Exercises (e.g., Eagle Horizon) and other tabletop exercises, including after-action/hotwash meetings and reports
- Create new, update, and maintain Standard Operating Procedures and Work Instructions
- Integrate, train and conduct workshops for Operation Centers
- Develop and maintain a Quality Control Plan, to include metrics, gap analysis, and recommendations
- Conduct devolution testing with devolution partners
- Create, update and maintain critical contact lists, lines of succession, and continuity of operations (COOP) playbooks/reference books

## 4.4   Task 4: Hardware and Software Support

### 4.4.1   Hardware

The Contractor shall perform end-to-end device lifecycle management for hardware services. The Contractor shall provide computer hardware per minimum specifications as defined by HQ. The Contractor shall propose compute device offerings and support Government-owned assets. All hardware offerings are subject to Government approval, to include waivers to hardware specifications. Hardware support may include:

- *Hardware Refresh*. Refresh hardware devices periodically, and provide the ability to request Early Technology Refresh (ETR)
- *Receipt of assets.* Receive government owned and/or managed service assets from various manufactures/service providers, deployment and transit of asset to end users, and relocate equipment to DHS end users
- *Restoration.* Restore an end user's device to full operability when an incident occurs that renders hardware unstable, inoperable, or with degraded performance
- *Un-subscription.* Remove services from the end user environment on receipt of request for un-subscription
- *Sanitize and Disposal.* Retain systems prior to sanitization or disposal to permit recall of data
- *Loaner Pool Management.* Supply and manage loaner computers
- *Asset Tracking.* Define and implement procedures for asset tracking
- *Audit.* Participate in audit activities to ensure accuracy of documented asset information and

implement necessary corrective actions

- *Storage.* Provide storage and/or ensure that facilities used for storage of hardware, software, and other associated equipment include adequate protection and security, whether Government-provided or Contractor-provided storage facilities are used

### 4.4.2  Software

The Contractor shall provide software management services applicable to both hardware services, as well as customer-provided equipment. The Contractor shall provide full product lifecycle management of computer software and shall encompass requirements management, software architecture, software procurement, software license management, software testing, software change management, configuration management, continuous integration, project management, and release. Services include, but are not limited to, the following:

- Package, install, and maintain operating systems and software (e.g., core, non-core, collaboration)
- Transition management of existing optional supported software (e.g., Microsoft Project, Microsoft Visio, Adobe Acrobat)
- Coordinate and configure usage of HQ software management tools to facilitate software distribution for other application owners
- Assist HQ in identifying additional opportunities for addressing DHS's software needs
- Back up data, sanitize systems, and restore software
- Provide vulnerability management services to ensure that all information system components are current with all applicable patches which may impact the security of information systems

DHS software management policies and procedures are maturing, and DHS requires a partner to advise and assist in implementation of the evolving future state.

## 4.5  Task 5: Service Management Platform Support

### 4.5.1.1  Service Management Platform Development, Workflow Automation, and O&M Support

The Contractor shall perform administration tasks for operating and maintaining the DHS HQ IT Service Management Platform. This shall include development or enhancements of suites and/or modules. The Contractor shall drive standardization across modules and customer requirements, with a focus on using out-of-the-box features, industry standards, and best practices. The current platform is ServiceNow, but the contractor shall not limit or restrict the support for an additional platforms or systems in the future.

Examples of tasks include, but are not limited to, the following:
- Service Management Platform Management
- Tenant administration for tool enhancements
- Module development
- Complex enhancements
- Notifications
- Form and list layouts
- Workflow updates
- Inbound Actions
- API integrations
- Staff Support

- Dashboards and reports
- Developer and leadership support

## 4.6  Task 6: Artificial Intelligence Support

The Contractor shall provide a comprehensive approach to artificial intelligence (AI) solutions, including the development, integration, and optimization of AI tools tailored to meet DHS HQ mission and organizational needs. The Contractor shall identify key operational challenges and opportunities where AI can add value and make recommendations for AI models, applications, and tools. This approach shall leverage advanced machine learning algorithms, natural language processing, and data analytics to deliver robust, scalable, and efficient AI solutions. The Contractor shall ensure a seamless integration into existing workflows, improving overall productivity and decision-making capabilities while maintaining a focus on user experience.

In addition to AI solutions, the Contractors shall perform AI tool management, including continuous monitoring, maintenance, and updating of AI tools ensuring optimal performance, relevance, and compliance with DHS security and industry standards and protocol. This approach shall include establishing and providing clear policies aligning with published DHS guidance for the ethical use of AI, addressing data privacy, security, and compliance with industry regulations. The Contractor shall develop documentation, user training, and a trusted framework to create a sustainable AI ecosystem supporting DHS' further innovation and strategic advantage.

# 5  Contract Personnel

The Contractor shall:

1) Provide an array of management, technical, and support staff to fulfill the operational and mission needs at all HQ and Component sites.
2) Provide qualified personnel to achieve all objectives specified in DSS 3.0.
3) Provide management, operations, and support staff to complete the above objectives. The Contractor will use best practices emphasizing standard processes, expertise in technologies, systems, hardware and software, technical management, and structured methodologies for IT systems management and operations.
4) Provide management, operations, and support staff to improve HQ IT infrastructure while driving operational effectiveness and decreasing cost and risk to the Government.

## 5.1  Key Personnel

The Contractor shall:

1) Provide key personnel who are responsible for meeting project, program, and mission needs related to DSS 3.0.
2) Include key positions identified by the Government and positions proposed by the Contractor, and mutually agreed upon by the Government. The Government may designate additional key personnel as required and agreed upon by the Contractor and the Government. The Government may designate additional Contractor personnel as Key at the time of award.

3) Propose candidates for review and approval by the Government prior to placing the individual into the position, including initial candidates and subsequent substitutes or replacements. The Government may at its sole discretion via the Contracting Officer (CO), direct the Contractor to remove any Contractor employee from DHS facilities for misconduct or security reasons. Removal does not relieve the Contractor of the responsibility to continue providing the services required under DSS 3.0. The CO will provide the Contractor with a written explanation to support any request to remove an employee.

4) Submit candidate information showing how the candidate's education, relevant licenses/certification, experience, employment history, and specific expertise meet the needs of each key personnel slot as part of the staffing plan. Specific experience relevant to this task order must be clearly indicated, including the organization, state or Federal agency, nature of the project or system, when the experience was gained, and references provided upon CO's request.

5) Notify the Government no less than 15 business days in advance of any proposed substitute or change to key personnel.

6) Choose all key personnel from current employees or committed new hires by the contract start date.

7) Dedicate key personnel to DSS 3.0 for 100% of their time and efforts.

8) Include key personnel positions identified by HQ and positions proposed by the Contractor that are mutually agreed upon by HQ, including the following positions:

*Table 6-1 Key Personnel*

| Key Personnel | Security Clearance | Position Description |
|---|---|---|
| Program Manager (PM) | Top Secret with Sensitive Compartmented Information (TS/SCI) | Organizes, directs, and manages task order operation support functions, involving multiple complex and inter-related project tasks in both classified and unclassified environments. Manages teams of task order support personnel at multiple locations. Maintains and manages the client interface at the senior levels of the client organization. Meets with customer and Contractor personnel to formulate and review task plans and deliverable items. Ensures conformance with program task schedules and costs. Establishes and maintains technical and financial reports to show progress of projects to management and customers, organizes and delegates responsibilities to subordinates and oversees the successful completion of all assigned tasks. The PM shall be able to read, write, speak and understand English. The PM shall meet DHS security clearance requirements for up to TS/SCI access. The Contractor shall not replace the PM without prior acknowledgement from the CO. The PM shall be available to the Contracting Office Representative (COR) via telephone and or email. The PM shall respond to a request for discussion or resolution of all |

| Key Personnel | Security Clearance | Position Description |
|---|---|---|
| | | performance, service, delivery, and technical inquiries or problems within two (2) hours of notification. |

## 5.2  Staffing Plan/Personnel

The Contractor shall:

1) Develop and implement a staffing plan outlining the overall concept of staffing for all phases of work under this SOW as approved by HQ.
2) Address the ability to realign personnel in response to a changing or fluctuating workload.
3) Provide the ability to reach back to team members, vendors, and subject matter experts (SMEs) for ad-hoc consulting services to respond to emergent or technically challenging assignments.

### 5.2.1  Personnel Security

The Contractor shall:

1) Support the HQ suitability process and security procedures, ensuring all Contractor employees meet all security requirements.
2) Perform services per policies and procedures approved by HQ and that meet DHS and HQ regulations and guidelines, including in-processing and out-processing procedures defined by HQ.
3) Ensure all Contractor personnel are vetted, cleared by Personnel Security, pass HQ suitability screening requirements, receive an EOD date from the Office of Security, and sign the required forms prior to beginning performance.
4) Ensure personnel are granted access to HQ information and systems only after favorably completing an adjudicated background investigation and/or by HQ definitions in this contract, including the requirement that all of these personnel be citizens of the United States of America.
5) Ensure all personnel obtain and wear valid DHS identification badges when working at DHS facilities.
6) Manage collection of badges for personnel leaving DSS 3.0 or at the end of the contract.
7) Provide personnel for assignments up to the Secret level with core staff, up to the TS/SCI level through additional support staff, and provide for other services at the unclassified, Sensitive Security Information (SSI) level per HQ request with all clearances in place prior to commencement of the work.
8) Obtain and maintain the appropriate security clearances as required by HQ.
9) Develop and implement an escalation procedure for notifying IT security of any personnel situations that may have an adverse effect on HQ security that is approved by HQ.

# 6  Deliverables

Table 7.1 lists deliverables due as specified in the Deliverables table. The format and content of all deliverables are subject to Government approval. Deliverables are subject to change during the administration of the BPA. All deliverables should be submitted to the appointed BPA COR and CO.

*Table 7-1 Notional DSS 3.0 Contract Deliverable Requirements List (CDRL)*

| Item | Deliverable | Delivery Date | SOW Reference Number |
|------|-------------|---------------|----------------------|
| **Meetings** | | | |
| 1 | Project (BPA) Initiation/Post Award Conference | 14 calendar days after BPA award and will be defined in the individual BPA calls/Task Orders | 4.1.1 |
| 2 | Government Sponsored Meetings | As requested | All |
| 3 | Monthly Program Meetings | Monthly | 4.1.1, 4.2.1,4.2.2 |
| 4 | Monthly Performance Review Meeting | Monthly | 4.1.1, All 4.2 |
| 5 | Quarterly Program, Performance Review meetings | Quarterly | 4.1.1 |
| 6 | Ad hoc Meetings | As Requested by COR or Alternate COR | All |
| 7 | Innovation Meetings | Quarterly | 3, 4.1.1 |
| **Plans** | | | |
| 8 | BPA Program Management Plan (PMP) | Draft PMP for the BPA shall be submitted at the post award kick-off meeting. | 4.1.1 |
| 9 | Business Continuity Plan (BCP) | 45 calendar days after award | 4.1.1 |
| 10 | New Hire Training Plan | Plan used to train and orient new staff. Implement changes promptly after discovery of change. Formal update twice a year | 4.1.1 |

# 7  Security Management

The Contractor shall comply with the information security requirements as defined in the following federal standards and DHS Information Security System Program Directive 4300A, DHS 4300B National Security Systems Handbook, DHS 4300B National Security Systems Policy, Director of Central Intelligence Directive (DCID) 6/3, Protecting Sensitive Compartmented Information within the Information System, National Institute of Standards and Technology (NIST) Special Publication 800-37, Guide for the Security Certification and Accreditation of Federal Information Systems, NIST Special Publication 800-53, Revision 3 (updated May 1, 2010), Recommended Security Controls for Federal Information Systems, and Federal Information Processing Standards (FIPS) Publication 140-2, Security Requirements for Cryptographic Modules. The Contractor shall comply with these IT security requirements both in managing the execution of the contract, as well as the delivery of services to end users. For any IT Security requirements that are not explicitly cited in the applicable documents list, the language in the SOW shall be authoritative until superseded by updates to the documents cited.

The Contractor shall have and maintain a Top Secret Facility Security Clearance granted by the Defense Counterintelligence and Security Agency (DCSA) that can be validated by DHS. Contractor access to TS/SCI materials are required under this BPA.

## 7.1  Definitions

IT resources is defined as any hardware or software or interconnected system or subsystem of equipment, that is used to process, manage, access, or store electronic information.

DHS data is any data and information, except for limited rights data or restricted software, which is produced or specifically used in the performance of a DHS contract.

All information systems provided and/or operated under this contract and in support of this contract are federal information systems. A federal information system is defined in NIST SP 800-37 Rev. 1, Guide for Applying the Risk Management Framework to Federal Information Systems and in 40 U.S.C., Sec. 11331, as an information system used or operated by a Federal agency, or by a contractor of a Federal agency or by another organization on behalf of a Federal agency.

Managing the successful execution of the contract includes any internal or vendor-provided systems, applications, or processes that are required to properly manage the contract, that also process DHS data, and that do not directly meet end user requirements. An example might be an internal accounting system used between the Contractor and vendors.

Delivery of services includes any asset (compute, mobile, print), any application, any computing capability (e.g., Office 365), any infrastructure elements provided and managed by the Contractor, and any transformative enhancements provided in direct support of HQ' end users or required in the performance of end user activities.

# 8  Enterprise Architecture Compliance

All solutions and services shall meet DHS Enterprise Architecture (EA) policies, standards, and procedures. Specifically, the contractor shall comply with the following DHS EA requirements:

- All developed solutions and requirements shall be compliant with the DHS EA.

- All IT hardware and software shall be compliant with the DHS EA Technical Reference Model (TRM) Standards and Products Profile.

- Description information for all data assets, information exchanges and data standards, whether adopted or developed, shall be submitted to the Enterprise Architecture Division (EAD) for review, approval and insertion into the DHS Data Reference Model and Mobius.

- Development of data assets, information exchanges and data standards will comply with the DHS Data Management Policy Management Directive (MD) 103-01 and all data-related artifacts will be developed and validated according to DHS data management architectural guidelines.

- Applicability of Internet Protocol Version 6 (IPv6) to DHS-related components (networks, infrastructure, and applications) specific to individual acquisitions shall be in accordance with the DHS Enterprise Architecture (per OMB Memorandum M-05-22, August 2, 2005) regardless

of whether the acquisition is for modification, upgrade, or replacement. All EA-related component acquisitions shall be IPv6 compliant as defined in the U.S. Government Version 6 (USGv6) Profile (National Institute of Standards and Technology (NIST) Special Publication 500-267) and the corresponding declarations of conformance defined in the USGv6 Test Program.

# 9   Cyber-Supply Chain Risk Management (C-SCRM) Compliance

a. Definitions

i. Component: a unit defined by the supplier that connects to and functions as part of the product. For software products, a component is a unit of software defined by a supplier at the time the component is built, packaged, or delivered. For hardware, a component is one hardware unit designed to connect to and function as part of a larger product.

ii. End-of-Life (EOL): means that an Information and Communications Technology (ICT) product has reached the final stage of the product life cycle in which that version of the ICT product will no longer be supported nor manufactured (e.g., no patches will be developed, no security improvements will be made, and, sometimes, no troubleshooting technical assistance will be offered).

iii. End-of-Support (EOS): means that an ICT product will no longer be supported (e.g., no patches will be developed, no security improvements will be made, and, sometimes, no troubleshooting technical assistance will be offered).

iv. Information and Communications Technology (ICT): encompasses the capture, storage, retrieval, processing, display, representation, presentation, organization, management, security, transfer, and interchange of data and information; includes all categories of ubiquitous technology used for the gathering, storing, transmitting, retrieving, or processing of information (e.g., microelectronics, printed circuit boards, computing systems, software, signal processors, mobile telephony, satellite communications, and networks).

v. Product: part of the equipment (hardware, software and materials) for which usability is to be specified or evaluated.

b. Original Equipment Manufacturer (OEM) End-use ICT Product

i. The contractor shall provide new equipment unless otherwise formally approved by the Government, in writing. The contractor shall provide only OEM end-use products to the Government. In the event that a shipped OEM product, or part or component of that product, fails, all replacements must be new (i.e., non-refurbished, not previously used) OEM.

ii. The contractor may provide previously-used OEM products only with written Government approval. Such parts shall be procured from their original source and shipped only from the manufacturer's authorized shipment points.

c. Accounting of Components in ICT Products

i. The contractor shall provide and maintain a list of components for each product used in performance of the contract, including through subcontracts or other arrangements. This list for each product shall provide the component manufacturer's name, address, state, and/or domain of registration, and, where applicable, the Unique Entity Identifier (UEI) number, for all components comprising the ICT products. ii. The contractor shall notify the Government when a new contractor/subcontractor/service provider is introduced to the ICT provided on this contract, or when suppliers of components or products are changed. If a software component used in the performance of the contract is updated with a new build or release, the contractor must update the list provided in accordance with (i) above to reflect the new version of the software. This includes software builds to integrate an updated component or dependency.

iii. For software products, the contractor shall provide all OEM software updates, and patches to correct defects, for the life of the product [i.e., until the EOL or EOS)]. Software updates and patches shall be made available to the government for all products procured under this Contract, and replaced when EOS is reached.

iv. A contractor using team members in performance of the contract (e.g., subcontractors or other service providers) shall ensure that the standards for the accounting of components in this subsection are met by team members.


d. Supply-Chain Transport

i. The contractor shall use formal, documented and accountable transit, storage, and delivery procedures (i.e., the possession of the end-use product to be delivered is documented at all times from initial shipping point to final destination, and every transfer of the product from one custodian to another is fully documented and accountable) for all information and communication technology (ICT) shipments to fulfill this contract.

ii. The contractor shall maintain all records pertaining to the transit, storage, and delivery of ICT deliverables under this contract through at least 6 months after acceptance, and make available for inspection upon request of the Government.

iii. The contractor shall make use of tamper-proof or tamper-evident packaging for all shipments.

iv. The contractor shall provide a packing slip for each container or package with the information identifying the contract or order number, a description of the hardware/software enclosed (Manufacturer name, model number, serial number), and the customer point of contact.

v. The contractor shall provide a shipping notification to the intended government recipient; with a copy transmitted to the Contracting Officer, or other designated representative. This shipping notification shall be provided electronically and identify the contract or order number, a description of the hardware/software being shipped (manufacturer name, model number, serial number), initial shipper, shipping date and identifying (tracking) number.


e. Changes to Ownership and Control

The Contractor shall immediately notify the Contracting Officer and Contracting Officer's Representative regarding any significant changes to corporate ownership or control from contract award through final delivery or the end of the period of performance. A significant change would be one in which a change occurs in the individuals or entities who, directly or indirectly, either (1) exercises substantial control over an entity, or (2) owns or controls at least 25 percent of the ownership interests of an entity.

# 10 Section 508 Requirements

## 10.1 Section 508 Requirements for Technology Services

When providing installation, configuration or integration services for ICT, the Contractor shall not reduce the original ICT item's level of Section 508 conformance prior to the services being performed.

When providing maintenance upgrades, substitutions, and replacements to ICT, the contractor shall not reduce the original ICT's level of Section 508 conformance prior to upgrade, substitution or replacement. The agency reserves the right to request an Accessibility Conformance Report (ACR) for proposed upgrades, substitutions and replacements prior to acceptance. The ACR should be created using the on the Voluntary Product Accessibility Template Version 2.2 508 (or successor versions). The template can be located at https://www.itic.org/policy/accessibility/vpat

When developing or modifying ICT, the Contractor is required to validate ICT deliverables for conformance to the applicable Section 508 requirements. Validation shall occur on a frequency that ensures Section 508 requirements is evaluated within each iteration and release that contains user interface functionality.

When modifying, installing, configuring or integrating commercially available or government-owned ICT, the Contractor shall not reduce the original ICT Item's level of Section 508 conformance.

When developing or modifying web based and electronic content components, except for electronic documents and non-fillable forms provided in a Microsoft Office or Adobe PDF format, the Contractor shall demonstrate conformance to the applicable Section 508 standards (including Web Content Accessibility Guidelines (WCAG) 2.0 Level A and AA Success Criteria) by conducting testing using the DHS Trusted Tester for Web Methodology Version 5.0 or successor versions, and shall ensure testing is conducted by individuals who are certified by DHS on version 5.0 or successor versions (e.g. "DHS Certified Trusted Testers"). The Contractor shall provide the Trusted Tester Certification IDs to DHS upon request.  Information on the DHS Trusted Tester for Web Methodology Version 5.0, related test tools, test reporting, training, and tester certification requirements is published at https://www.dhs.gov/trusted-tester.

When developing or modifying electronic documents and forms provided in a Microsoft Office or Adobe PDF format, the Contractor shall demonstrate conformance to the applicable to the applicable Section 508 standards (including WCAG Level A and AA Level 2.0 Success Criteria) by conducting testing using the test methods published under "Accessibility Tests for Documents" at https://www.dhs.gov/compliance-test-processes.

When developing or modifying ICT deliverables that contain the ability to automatically generate electronic documents and forms in Microsoft Office and Adobe formats, or when the capability is provided to enable end users to design and author web based electronic content (i.e. surveys, dashboards, charts, data visualizations, etc.), the Contractor shall demonstrate the ability to ensure these outputs conform to the applicable Section 508 standards (including WCAG 2.0 Level A and AA Success Criteria).  The Contractor shall demonstrate conformance by conducting testing and reporting test results based on representative sample outputs. For outputs produced as Microsoft Office and Adobe PDF file formats, the Contractor shall use the test methods published under "Accessibility Tests for Documents", which are published at  https://www.dhs.gov/compliance-test-processes.  For outputs produced as web based electronic content, the Contractor shall use the DHS Trusted Tester for Web Methodology Version 5.0, or successor versions. This methodology is published at https://www.dhs.gov/trusted-tester

Contractor personnel shall possess the knowledge, skills and abilities necessary to address the accessibility requirements in this work statement.

## 10.2 Section 508 Deliverables

Section 508 Test Plans: When developing or modifying ICT pursuant to this contract, the Contractor shall provide a detailed Section 508 Conformance Test Plan. The Test Plan shall describe the scope of components that will be tested, an explanation of the test process that will be used, when testing will be conducted during the project development life cycle, who will conduct the testing, how test results will be reported, and any key assumptions.

Section 508 Test Results: When developing or modifying ICT pursuant to this contract, the Contractor shall provide test results in accordance with the Section 508 Requirements for Technology Services provided in this solicitation.

Section 508 Accessibility Conformance Reports: For each ICT item offered through this contract (including commercially available products, and solutions consisting of ICT that are developed or modified pursuant to this contract), the Offeror shall provide an Accessibility Conformance Report (ACR) to document conformance claims against the applicable Section 508 standards.  The ACR shall be based on the Voluntary Product Accessibility Template Version 2.0 508 (or successor versions). The template can be found at https://www.itic.org/policy/accessibility/vpat. Each ACR shall be completed by following all of the instructions provided in the template, including an explanation of the validation method used as a basis for the conformance claims in the report.

Other Section 508 Documentation: The following documentation shall be provided upon request for ICT items offered through this contract:

- Documentation of features provided to help achieve accessibility and usability for people with disabilities.
- Documentation on how to configure and install the ICT Item to support accessibility.
- Documentation of core functions that cannot be accessed by persons with disabilities.
- Documentation of remediation plans to address non-conformance to the Section 508 standards

# 11 Appendices

## Appendix A.        Abbreviations

| | |
|---|---|
| **ACR** | Accessibility Conformance Report |
| **AD** | Active Directory |
| **AI** | Artificial Intelligence |
| **A-LAN** | Unclassified Local Area Network |
| **ALM** | Access Lifecycle Management |
| **BCP** | Business Continuity Plan |
| **BPA** | Blanket Purchase Agreement |
| **CDRL** | Contract Deliverable Requirements List |
| **CIO** | Chief Information Officer |
| **CISA** | Cybersecurity and Infrastructure Security Agency |
| **C-LAN** | Top Secret/SCI Local Area Network |
| **CM** | Configuration Management |
| **CO** | Contracting Officer |
| **CONUS** | Continental United States |
| **COOP** | Continuity of Operations |
| **COR** | Contracting Office Representative |
| **CUI** | Controlled Unclassified Information |
| **CWMD** | Countering Weapons of Mass Destruction Office |
| **DCID** | Director of Central Intelligence Directive |
| **DCSA** | Defense Counterintelligence and Security Agency |
| **DHCP** | Dynamic Host Configuration Protocol |
| **DHS** | Department of Homeland Security |
| **DNS** | Domain Name System |
| **DR** | Disaster Recovery |
| **DSS** | Desktop Support Services |
| **EA** | Enterprise Architecture |
| **EOD** | Entry on Duty |
| **EOL** | End-of-Life |

| | |
|---|---|
| **EOS** | End-of-Support |
| **ETR** | Early Technology Refresh |
| **EWO** | Enterprise Watch Officer |
| **FPS** | Federal Protective Service |
| **FIPS** | Federal Information Processing Standards |
| **HQ** | Headquarters |
| **HOD** | Headquarters Operations Division |
| **HSDN** | Homeland Secure Data Network |
| **I&A** | Office of Intelligence and Analysis |
| **ICT** | Information and Communications Technology |
| **IP** | Internet Protocol |
| **IPv6** | Internet Protocol version 6 |
| **ISO** | International Standards Organization |
| **IT** | Information Technology |
| **ITIL** | Information Technology Infrastructure Library |
| **ITSD** | Information Technology Service Desk |
| **ITSM** | Information Technology Service Management |
| **ITO** | Information Technology Operations |
| **MD** | Management Directive |
| **MGMT** | Management Directorate |
| **NIST** | National Institute of Standards and Technology |
| **O&M** | Operations and Maintenance |
| **OCIO** | Office of the Chief Information Officer |
| **OCONUS** | Outside the Continental United States |
| **OEM** | Original Equipment Manufacturer |
| **OS** | Operating System |
| **OSA** | Office of Situational Awareness |
| **PAC** | Proxy Auto-Configuration |
| **PKI** | Public Key Infrastructure |
| **PM** | Program Manager |
| **PMI** | Project Management Institute |
| **PMP** | Program Management Plan |

| **POA&M** | Plan of Action and Milestones |
|-----------|-------------------------------|
| **ROM** | Rough Order of Magnitude |
| **RPO** | Recovery Point Objective |
| **RTO** | Recovery Time Objective |
| **S&T** | Science and Technology Directorate |
| **SBU** | Sensitive But Unclassified |
| **SCCM** | Systems Center Configuration Manager |
| **SELC** | Systems Engineering Life Cycle |
| **SME** | Subject Matter Expert |
| **SOW** | Statement of Work |
| **SOP** | Standard Operating Procedure |
| **SSI** | Sensitive Security Information |
| **STIG** | Security Technical Implementation Guide |
| **TRM** | Technical Reference Model |
| **TS/SCI** | Top Secret/Sensitive Compartmented Information |
| **UEI** | Unique Entity Identifier |
| **U.S.** | Unites States |
| **U.S.C.** | United States Code |
| **VoIP** | Voice Over Internet Protocol |
| **WCAG** | Web Content Accessibility Guidelines |

**THIS PAGE INTENTIONALLY LEFT BLANK**

**END of SOW**

**Exhibit 5**

# REDACTED IN ENTIRETY

**Exhibit 6**

**Attachment 3 - Technical Solution - DSS 2.0 Enterprise Use Case Scenarios**

**Contents**

Scenario One – Non-Standard Computing Environment ...................................................................... 1
Scenario Two – Remote, Regional, and Field Offices Support............................................................. 1
Scenario Three – Implementation of Artificial Intelligence Capabilities .......................................... 2
Scenario Four – Customer Experience/User Experience Focus .......................................................... 2
Scenario Five – IT Infrastructure Modernization and Operations Challenge .............................. 3
Scenario Six – Very Important Person Support.................................................................................. 3
Scenario Seven – Enterprise Service Portal/Employee Portal Implementations and Integrations .............. 4
Scenario Eight – Service Delivery Optimization and Resource Allocation ...................................... 4
Scenario Nine – Proactive Cost Optimization ................................................................................. 5

**Scenario One – Non-Standard Computing Environment**

**Backdrop:**  As devices age, new desktops and laptops are deployed in small quantities.  Over time, various patches are installed, a variety of user specific software is made available, and peripherals with accompanying software are occasionally attached. Users who depend on legacy software or websites that might meet a specific mission set are allowed unique configurations via group policy. The devices and how they are used change over time. Each device may not have obtained all its updates for BIOS, drivers, Operating Systems (OS), productivity applications, enterprise tools, and sensors.  Unaware of a software update, users might disconnect from the network or power down their device before updates are applied.  This can create challenges for rolling out new releases of anything that is intended to be installed on a standard image. In some organizations, this can result in many variations which results in hundreds of calls to the Service Desk for support.

**Questions:** What innovative solutions would your team implement to standardize endpoint images in a non-standard computing environment, ensuring minimal disruption to unique mission needs?
How would your team ensure that critical updates can be deployed within hours, even in a dynamic and evolving device landscape? Please provide specific strategies and tools you would use.
Describe a proactive approach your team would take to manage and maintain a stable environment, preventing issues related to disconnected or powered-down devices during updates.

**Scenario Two – Remote, Regional, and Field Offices Support**

**Backdrop:** Components in DHS Headquarters have users assigned to field offices across the continental United States. These users are associated with one of hundreds of remote sites equipped with DHS's Local Area Network connection. The regional offices have no onsite support for regional technicians, so the current support model is a remote support model. For work stoppage issues that require hands-on resolution, the users are left with a non-functioning laptop until a replacement is shipped to the site, which usually takes several days. Additionally, hardware failures on peripheral equipment (docking stations, monitors, keyboards, mice) are unable to be evaluated outside of verbal communication, which is a more difficult method for troubleshooting and identifying issues. This results in sending replacement equipment prior to understanding the cause and having a technical resolution.

**Questions:** What cost-effective and innovative methods would your company use to support remote, regional, and field office workers across the U.S. and OCONUS? Describe your comprehensive troubleshooting process for remote users, including specific steps for diagnosing hardware issues and determining the necessity of equipment replacement. How would your team approach remote diagnostics to minimize unnecessary equipment shipments and reduce customer downtime? Provide examples of tools and methodologies you would use.

**Scenario Three – Implementation of Artificial Intelligence Capabilities**

**Backdrop:** DHS Headquarters possesses vast amounts of mission-critical data across numerous Government Community Cloud (GCC) systems that could benefit from AI-driven automation and analytics. However, these environments maintain strict security controls and compliance requirements to protect Controlled Unclassified Information (CUI), including sensitive personally identifiable information (SPII/PII), acquisition sensitive data, and law enforcement sensitive information. The complexity increases when considering varying data classification levels, cross-system dependencies, and the need to prevent data spillage while maintaining system boundaries. While commercial AI solutions show promise in improving operational efficiency, reducing manual workload, and enhancing decision-making capabilities, implementing these solutions within federal constraints requires careful consideration of security protocols, data handling requirements, and system integration challenges.

**Questions:** How would your company implement AI solutions within GCC environments while ensuring compliance with federal security requirements and preventing unauthorized data exposure? Describe your methodology for testing and validating AI models to ensure they maintain data boundaries and classification levels. What innovative solutions would your team employ to maximize AI benefits while working within federal constraints? Provide specific examples of AI-driven automation and analytics you would implement.

**Scenario Four – Customer Experience/User Experience Focus**

**Backdrop:** Within DHS Headquarters IT environments, customers often face complex processes, forms, and technical terminology that can hinder their ability to efficiently request and receive support. Traditional service delivery models frequently react to issues after they occur, leading to customer frustration and decreased productivity. While standard metrics like time-to-resolution and first-call-resolution are important, they don't fully capture the human element of service delivery or address root causes of customer pain points. The challenge extends beyond just streamlining individual processes – it requires a holistic understanding of customer journeys, pain points, and expectations. Organizations need mechanisms to continuously gather and analyze customer feedback, identify emerging trends, and proactively address potential issues before they impact the customer. This includes everything from intuitive self-service portals and knowledge bases to automated workflow solutions that reduce both customer and technician cognitive load while maintaining service quality and compliance requirements.

**Questions:** How would your company implement proactive customer experience improvements in a complex IT environment? Provide specific examples of tools and methodologies you would use.

Describe your approach to using advanced analytics, automated data gathering, and predictive technologies to identify and resolve potential IT issues before they impact end-users. What innovative approaches would your company employ to simplify complex technical processes for end users while ensuring backend efficiency for service delivery teams?

**Scenario Five – IT Infrastructure Modernization and Operations Challenge**

**Backdrop:**  Federal engineering teams manage the entire lifecycle of systems, from design and implementation through decommissioning, within a highly regulated environment. These teams work closely with the Project Management Office and contracting partners to fully assess and "right-size" proposed enterprise solutions, ensuring the development of appropriate systems. For example, purchasing a costly off-the-shelf XML API integration might solve an immediate need but could also create long-term financial and operational obligations that burden users and IT support staff.
Tools such as SCCM, Intune, SCOM, Azure Entra, and Active Directory are commonly used to manage and secure enterprise endpoints, including workstations, servers, and unified communication solutions. The goal is to deliver cohesive, NIST-compliant solutions that provide tangible benefits to the organization. In a marketplace where every vendor touts the latest AI feature, the focus is on decoupling system-level functions from perceived innovations to identify genuine value.
At scale, automation is critical; manually reviewing logs across hundreds of servers is unsustainable. The team takes ownership of incidents, changes, and configuration management for these systems. Even when a solution reaches its end-of-life or end-of-support and funding for an upgrade is unavailable, the team remains responsible for keeping it operational, sometimes with limited resources

**Questions:** How would your organization manage complex federal network infrastructure and engineering solutions while maintaining system stability during modernization efforts?
Provide an example of a project that lacked scope and direction and describe how your team successfully addressed it. What are some areas your organization has identified as opportunities for improvement in IT infrastructure, and how are you addressing them? What do you foresee as the next biggest hurdle in the industry?

**Scenario Six – Very Important Person Support**

**Backdrop:** The DHS Headquarters environment includes a range of VIP users who, due to their role and operational needs, require access to their accounts and devices at a moment's notice, at any time of the day or night.

**Questions:** What support structure and innovative methods would your company employ to provide VIP support, ensuring immediate resolution of issues? How do you set expectations for VIP users when the SLA allows for a longer resolution time? Describe the hurdles you anticipate and how you would overcome them. Are there any specific measures or capabilities you would leverage to address VIP support scenarios effectively?

**Scenario Seven – Enterprise Service Portal/Employee Portal Implementations and Integrations**

**Backdrop:** Enterprise service portals in DHS Headquarters present unique integration challenges that directly impact both customer experience and operational efficiency. While commercial off-the-shelf (COTS) solutions like ServiceNow offer robust capabilities, historical implementations have often deviated from out-of-the-box best practices, creating unnecessary technical debt and customization overhead. The integration landscape is particularly complex in federal agencies, where various authoritative systems – from asset management platforms like Sunflower (SAMS) to enterprise licensing systems and technical architecture repositories like Mobius – contain critical data that could streamline service delivery. Current portal solutions often operate in isolation from these authoritative sources, leading to redundant data entry, manual verification processes, and missed opportunities for proactive service delivery. As organizations expand portal usage beyond IT to include HR, Training, 508 Compliance, Acquisition functions, and more, the need for seamless integration and automated data exchange becomes even more critical. Without proper integration and adherence to best practices, support staff must manually cross-reference multiple systems, increasing resolution times and the likelihood of data inconsistencies.

**Questions:** What is your organization's approach to implementing enterprise service portals within federal environments while maintaining out-of-the-box functionality? Describe your methodology for integrating authoritative data sources (e.g., SAMS, enterprise licensing platforms, Sailpoint, Mobius (Oracle)) to automate workflow decisions and reduce manual data entry. How would your team approach the gradual expansion of portal capabilities across multiple mission support functions while ensuring consistent user experience and data integrity? What innovative solutions would your organization propose to leverage integrated data for proactive service delivery and process automation? Provide specific examples of how you would pursue a reduction of technical debt while improving service delivery capabilities.

**Scenario Eight – Service Delivery Optimization and Resource Allocation**

**Backdrop:**  Federal IT environments face increasing pressure to optimize service delivery while managing limited resources across geographically dispersed locations. With 18,500 users across all 50 states and the District of Columbia, the environment demands both efficient staffing models and innovative service delivery approaches. Traditional support models often create redundancies, such as duplicate project management roles across different disciplines, while heavily relying on in-person support that could be automated or provided through self-service channels. The challenge extends beyond simple staff reduction – it requires reimagining service delivery to leverage technology and process improvements that maintain or enhance customer satisfaction while reducing manual intervention. Additionally, real-world events frequently necessitate rapid adjustments to work environments, reporting structures, and support mechanisms, requiring flexible and resilient management approaches that can adapt while maintaining service quality.

**Questions:**  What innovative approaches would your organization implement to reduce in-person support requirements while maintaining or improving customer satisfaction, and how would these implementations impact staffing needs and customer experience? Describe your Program Management

approach for optimizing resource allocation across disciplines, including identifying and eliminating redundant roles while ensuring adequate coverage. How would your team handle emergency response and after-hours support to maintain 24/7 operations during unexpected events? What project management methodologies would you employ to manage uncertainty and ensure consistent service delivery? Outline your strategy for continuous service improvement while optimizing costs, balancing automation and self-service initiatives with necessary human interaction. How would your organization implement mandated innovations while maintaining operational stability, and can you provide examples of successful technology or process transitions that improved service delivery efficiency?

**Scenario Nine – Proactive Cost Optimization**

**Backdrop:**  Federal IT service contracts traditionally focus on meeting defined service levels and technical requirements, often missing opportunities for proactive cost optimization that benefits both the government and industry partners. DHS Headquarters has worked to implement innovative contract structures that align vendor incentives with government cost savings, which encourages vendors to identify and implement efficiencies while maintaining profitability and service quality.

**Questions:**  What is your organization's approach to implementing proactive cost optimization strategies within federal IT service contracts? Describe specific methodologies your team would employ to identify and capture cost savings opportunities while maintaining service quality. Provide examples of suggested cost optimization initiatives, including the metrics used to track savings and the mechanisms for sharing benefits between the government and your company.