# In the United States Court of Federal Claims

No. 25-1739 C
Filed: February 2, 2026

```
*************************************
SCIENCE APPLICATIONS              *
INTERNATIONAL CORPORATION,        *
          Plaintiff,              *
                                  *
     v.                           *          JUDGMENT
                                  *
THE UNITED STATES,                *
          Defendant,              *
                                  *
     and                          *
                                  *
CACI NSS, LLC,                    *
          Defendant-Intervenor.   *
*************************************
```

Pursuant to the court's Order, filed February 2, 2026, granting-in-part and denying-in-part plaintiff's motion for judgment on the administrative record and granting-in-part and denying-in-part defendant and defendant-intervenor's cross-motions for judgment on the administrative record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant and defendant-intervenor. No costs.

Lisa L. Reyes
Clerk of Court

By:    s/ Ashley Reams
       Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals filing fee is $605.00.