The attachment was filed under seal.

We are not providing a redacted public version of the attachment because it might allow a viewer to discern confidential information when viewed in conjunction with the redacted public brief.